# **Exhibit A**

| | |
|---|---|
| DIRP | 1193521023@qq.com |
| Chequan Mug | 125667877@qq.com |
| A Uranus | 13071529980@163.com |
| DXCLO SHOP | 13293919600@163.com |
| Dainty Stitch | 1349437807@qq.com |
| Dingcai ZY | 13627001896@163.com |
| GlobalTreasureHut Shop | 13922143215@163.com |
| Cloud Womens Clothing N | 13928353932@163.com |
| Girl original design | 1396868789@qq.com |
| CBnkE | 14759105966@163.com |
| CMCN coffee cup | 15506996921@163.com |
| Aesthetic Attire Style | 15874831598@163.com |
| GOOD LUCKl | 1598725704@qq.com |
| chu yung | 16620380824@163.com |
| ETHANJ | 18171982325@163.com |
| Canntrary | 18520439406@163.com |
| CC Jit | 18555551593@163.com |
| COlordark | 18571817702@163.com |
| Dallas Tea | 18595937860@163.com |
| Diva T | 18652265856@163.com |
| Bohemian Threads | 18779617276@163.com |
| Aria Thread Loft | 215552542@qq.com |
| Crescent Co | 2424406460@qq.com |
| BUMIOP | 2424406460@qq.com |
| Daisy Block | 2424406460@qq.com |
| CHAOC | 24664042@qq.com |
| Femme N | 2663965879@qq.com |
| Glamorous Garments Shop | 2675227030@qq.com |
| Essential Curve | 2864558612@qq.com |
| Blanket Art Shop | 29511596@qq.com |
| CozyCup | 308680603@qq.com |
| FENGJUANYU | 319199884@qq.com |
| BPrintstream | 3221324665@qq.com |
| Core Sky | 3256318165@qq.com |
| EverDayGoods | 328055391@qq.com |
| Diytree Fancy Gift | 3389674159@qq.com |
| Diytree Ciel Gift | 3389674159@qq.com |
| EDHUBF | 3432276534@qq.com |
| Blank Show | 364113564@qq.com |
| cool play shop four | 365236097@qq.com |
| ChicMug | 442700493@qq.com |
| A metaphor for a small | 477616160@qq.com |
| Chill Roam | 543008534@qq.com |

| | |
|---|---|
| ChillKeep Shop | 568248168@qq.com |
| Good Sign Decoration | 644419811@qq.com |
| BIOING | 65444965@qq.com |
| GGP Studio | 69116941@qq.com |
| FINE womens Tee | 734876866@qq.com |
| Fuego Threads | 781328625@qq.com |
| Feifeiprincess | 838959513@qq.com |
| DesignVault | 838959513@qq.com |
| Akalphant | 841055154@qq.com |
| Gloves BKBK | a18606531470@163.com |
| Bedroomliiy | bubblelele@sina.com |
| Experiences Already | cuhud58984@163.com |
| BreezeHaven | djhstudy1999@163.com |
| EchoHouse | djhstudy1999@163.com |
| customwear Hubs | djwang2022@126.com |
| Factory direct sales heat transfer printing | drz88888888@126.com |
| CY Simple She Wear | eordshxqn@outlook.com |
| fzxyashopB | fzxyashop@163.com |
| fzymyshop | fzymyshop@163.com |
| Along Bag Cup | give_st002@163.com |
| Chaotic Annual Rings | jncuhd5484@163.com |
| AN Shopping Mall F | jt_temu@163.com |
| exctg | kakupan11@gmail.com |
| AITRQ | kitea@tybrb.com |
| C coffee cup | linqianggeti2@163.com |
| FLF LIANG ER TWO design | Lr_Pillow@163.com |
| a Velvet Riot | michaeltravels2025@yeah.net |
| ANRSI | mijianliupu@outlook.com |
| Enhance Endurance | mjhue54848@163.com |
| Beautiful Pisces | mjhue54848@163.com |
| Caffora | p7p7chitaozi@163.com |
| Almond Bloom | ricky157@foxmail.com |
| Girls Daily Tees | ruijins@foxmail.com |
| CozyAuraGoods | sailor6662022@163.com |
| BAI HUA EVE | tmyp8888@163.com |
| Fengbaofour | tzw23651@163.com |
| DIDIYU | w15959018507@163.com |
| DD Happy Shopping | wangchunying2024@163.com |
| CozyWeather | wsr2010wsr@163.com |
| DragonLuck Stickers | xiaodi325@icloud.com |
| Baofuqy | xili536344655@gmail.com |
| Glossia | xuhao@sailenet.com |

| | |
|---|---|
| Funny label Decals | xxxccc123888@yeah.net |
| DDH Man Garment | yingyiclothingshop@163.com |
| Citrusly SS | yqsrzwpej37741@outlook.com |
| Easy Wear Shop N | zshsb6666@outlook.com |
| | xueni@yingkelawyer.com; nixuesydney@gmail.com |
| | Lucy-Tro@outlook.com |
| | m.lee@stevens-law.com; mstevens@stevens-law.com |
| | shelly@cheng-ip.com |
| | dane.cloudraker@qq.com |
| | caro@deltaiplaw.com; westley@deltaiplaw.com; john@deltaiplaw.com |