# Exhibit 1

**Netflix, Inc., Netflix Studios, LLC, Netflix US, LLC, and Netflix Worldwide Entertainment, LLC v. A metaphor for a small, et al.  - Case No. 26-cv-03711**

# Schedule A

## Defendant Online Marketplaces

| No | URL | Name / Seller Alias |
|---|---|---|
| 1 | temu.com/mall.html?mall_id=5135682457669 | A metaphor for a small |
| 2 | temu.com/mall.html?mall_id=634418217377865 | A Uranus |
| 3 | DISMISSED | DISMISSED |
| 4 | DISMISSED | DISMISSED |
| 5 | DISMISSED | DISMISSED |
| 6 | temu.com/mall.html?mall_id=634418221617296 | Akalphant |
| 7 | DISMISSED | DISMISSED |
| 8 | temu.com/mall.html?mall_id=634418226693986 | Along Bag Cup |
| 9 | DISMISSED | DISMISSED |
| 10 | DISMISSED | DISMISSED |
| 11 | temu.com/mall.html?mall_id=634418228412699 | Aria Thread Loft |
| 12 | DISMISSED | DISMISSED |
| 13 | DISMISSED | DISMISSED |
| 14 | temu.com/mall.html?mall_id=634418228215705 | Baofuqy |
| 15 | temu.com/mall.html?mall_id=634418222394742 | Beautiful Pisces |
| 16 | DISMISSED | DISMISSED |
| 17 | DISMISSED | DISMISSED |

| 18 | temu.com/mall.html?mall_id=634418226914765 | Blank Show |
| 19 | temu.com/mall.html?mall_id=634418211455980 | Blanket Art Shop |
| 20 | temu.com/mall.html?mall_id=634418220632094 | Bohemian Threads |
| 21 | DISMISSED | DISMISSED |
| 22 | DISMISSED | DISMISSED |
| 23 | temu.com/mall.html?mall_id=634418220216144 | BreezeHaven |
| 24 | DISMISSED | DISMISSED |
| 25 | DISMISSED | DISMISSED |
| 26 | DISMISSED | DISMISSED |
| 27 | temu.com/mall.html?mall_id=634418227296917 | C coffee cup |
| 28 | temu.com/mall.html?mall_id=634418222155143 | Caffora |
| 29 | temu.com/mall.html?mall_id=634418227766799 | Canntrary |
| 30 | temu.com/mall.html?mall_id=634418226297140 | CBnkE |
| 31 | DISMISSED | DISMISSED |
| 32 | temu.com/mall.html?mall_id=634418227079130 | CC Jit |
| 33 | temu.com/mall.html?mall_id=634418214002726 | CHAOC |
| 34 | temu.com/mall.html?mall_id=634418222399132 | Chaotic Annual Rings |
| 35 | temu.com/mall.html?mall_id=634418225933862 | Chequan Mug |
| 36 | temu.com/mall.html?mall_id=634418228245562 | ChicMug |
| 37 | DISMISSED | DISMISSED |
| 38 | DISMISSED | DISMISSED |

| | | |
|---|---|---|
| 39 | DISMISSED | DISMISSED |
| 40 | DISMISSED | DISMISSED |
| 41 | temu.com/mall.html?mall_id=634418228194035 | Citrusly SS |
| 42 | temu.com/mall.html?mall_id=634418220204623 | Cloud Womens Clothing N |
| 43 | temu.com/mall.html?mall_id=634418228172687 | CMCN coffee cup |
| 44 | DISMISSED | DISMISSED |
| 45 | temu.com/mall.html?mall_id=634418220162569 | cool play shop four |
| 46 | DISMISSED | DISMISSED |
| 47 | temu.com/mall.html?mall_id=634418221789536 | CozyAuraGoods |
| 48 | temu.com/mall.html?mall_id=634418217855959 | CozyCup |
| 49 | temu.com/mall.html?mall_id=634418226759613 | CozyWeather |
| 50 | DISMISSED | DISMISSED |
| 51 | temu.com/mall.html?mall_id=634418225917789 | customwear Hubs |
| 52 | DISMISSED | DISMISSED |
| 53 | temu.com/mall.html?mall_id=634418227803739 | Dainty Stitch |
| 54 | DISMISSED | DISMISSED |
| 55 | temu.com/mall.html?mall_id=634418226518167 | Dallas Tea |
| 56 | temu.com/mall.html?mall_id=634418225325320 | DD Happy Shopping |
| 57 | DISMISSED | DISMISSED |
| 58 | DISMISSED | DISMISSED |
| 59 | temu.com/mall.html?mall_id=634418228436788 | DIDIYU |

| | | |
|---|---|---|
| 60 | temu.com/mall.html?mall_id=634418227352990 | Dingcai ZY |
| 61 | DISMISSED | DISMISSED |
| 62 | temu.com/mall.html?mall_id=634418228894553 | Diva T |
| 63 | temu.com/mall.html?mall_id=634418224336272 | Diytree Ciel Gift |
| 64 | DISMISSED | DISMISSED |
| 65 | DISMISSED | DISMISSED |
| 66 | temu.com/mall.html?mall_id=634418221573158 | DragonLuck Stickers |
| 67 | DISMISSED | DISMISSED |
| 68 | DISMISSED | DISMISSED |
| 69 | temu.com/mall.html?mall_id=634418220216048 | EchoHouse |
| 70 | temu.com/mall.html?mall_id=634418228436943 | EDHUBF |
| 71 | temu.com/mall.html?mall_id=634418222084629 | Enhance Endurance |
| 72 | temu.com/mall.html?mall_id=634418228394849 | Essential Curve |
| 73 | DISMISSED | DISMISSED |
| 74 | temu.com/mall.html?mall_id=634418228626745 | EverDayGoods |
| 75 | temu.com/mall.html?mall_id=634418221687788 | exctg |
| 76 | temu.com/mall.html?mall_id=634418222399407 | Experiences Already |
| 77 | DISMISSED | DISMISSED |
| 78 | DISMISSED | DISMISSED |
| 79 | DISMISSED | DISMISSED |
| 80 | temu.com/mall.html?mall_id=634418225836380 | Fengbaofour |

| | | |
|---|---|---|
| 81 | temu.com/mall.html?mall_id=634418228698074 | FENGJUANYU |
| 82 | temu.com/mall.html?mall_id=634418223549358 | FINE womens Tee |
| 83 | temu.com/mall.html?mall_id=634418224535260 | FLF LIANG ER TWO design |
| 84 | temu.com/mall.html?mall_id=634418228546015 | Fuego Threads |
| 85 | temu.com/mall.html?mall_id=634418228037719 | Funny label Decals |
| 86 | temu.com/mall.html?mall_id=634418226039082 | fzxyashopB |
| 87 | temu.com/mall.html?mall_id=634418225547710 | fzymyshop |
| 88 | DISMISSED | DISMISSED |
| 89 | temu.com/mall.html?mall_id=634418218201500 | Girl original design |
| 90 | DISMISSED | DISMISSED |
| 91 | DISMISSED | DISMISSED |
| 92 | DISMISSED | DISMISSED |
| 93 | temu.com/mall.html?mall_id=634418226399345 | Glossia |
| 94 | temu.com/mall.html?mall_id=634418227923396 | Gloves BKBK |
| 95 | temu.com/mall.html?mall_id=634418215850380 | GOOD LUCKl |
| 96 | temu.com/mall.html?mall_id=634418217392764 | Good Sign Decoration |