# Exhibit 2

| Def No. | Storename | Located in file | Page |
|---|---|---|---|
| 1 | A metaphor for a small | Exh. 2 - part 1.pdf | 4 |
| 2 | A Uranus | Exh. 2 - part 1.pdf | 7 |
| 6 | Akalphant | Exh. 2 - part 1.pdf | 10 |
| 8 | Along Bag Cup | Exh. 2 - part 1.pdf | 15 |
| 11 | Aria Thread Loft | Exh. 2 - part 1.pdf | 18 |
| 14 | Baofuqy | Exh. 2 - part 1.pdf | 21 |
| 15 | Beautiful Pisces | Exh. 2 - part 1.pdf | 24 |
| 18 | Blank Show | Exh. 2 - part 1.pdf | 27 |
| 19 | Blanket Art Shop | Exh. 2 - part 1.pdf | 31 |
| 20 | Bohemian Threads | Exh. 2 - part 1.pdf | 34 |
| 23 | BreezeHaven | Exh. 2 - part 1.pdf | 37 |
| 27 | C coffee cup | Exh. 2 - part 1.pdf | 40 |
| 28 | Caffora | Exh. 2 - part 1.pdf | 43 |
| 29 | Canntrary | Exh. 2 - part 1.pdf | 46 |
| 30 | CBnkE | Exh. 2 - part 1.pdf | 50 |
| 32 | CC Jit | Exh. 2 - part 1.pdf | 53 |
| 33 | CHAOC | Exh. 2 - part 1.pdf | 58 |
| 34 | Chaotic Annual Rings | Exh. 2 - part 1.pdf | 61 |
| 35 | Chequan Mug | Exh. 2 - part 1.pdf | 64 |
| 36 | ChicMug | Exh. 2 - part 1.pdf | 67 |
| 41 | Citrusly SS | Exh. 2 - part 1.pdf | 70 |
| 42 | Cloud Womens Clothing N | Exh. 2 - part 1.pdf | 74 |
| 43 | CMCN coffee cup | Exh. 2 - part 1.pdf | 78 |
| 45 | cool play shop four | Exh. 2 - part 1.pdf | 81 |
| 47 | CozyAuraGoods | Exh. 2 - part 1.pdf | 84 |
| 48 | CozyCup | Exh. 2 - part 1.pdf | 87 |
| 49 | CozyWeather | Exh. 2 - part 1.pdf | 90 |
| 51 | customwear Hubs | Exh. 2 - part 1.pdf | 93 |
| 53 | Dainty Stitch | Exh. 2 - part 1.pdf | 96 |
| 55 | Dallas Tea | Exh. 2 - part 1.pdf | 99 |
| 56 | DD Happy Shopping | Exh. 2 - part 1.pdf | 102 |
| 57 | DDH Man Garment | Exh. 2 - part 1.pdf | 105 |
| 59 | DIDIYU | Exh. 2 - part 1.pdf | 108 |
| 60 | Dingcai ZY | Exh. 2 - part 1.pdf | 111 |
| 62 | Diva T | Exh. 2 - part 1.pdf | 114 |
| 63 | Diytree Ciel Gift | Exh. 2 - part 1.pdf | 117 |
| 66 | DragonLuck Stickers | Exh. 2 - part 1.pdf | 120 |
| 69 | EchoHouse | Exh. 2 - part 1.pdf | 123 |
| 70 | EDHUBF | Exh. 2 - part 1.pdf | 126 |
| 71 | Enhance Endurance | Exh. 2 - part 1.pdf | 129 |
| 72 | Essential Curve | Exh. 2 - part 1.pdf | 132 |
| 74 | EverDayGoods | Exh. 2 - part 1.pdf | 137 |
| 75 | exctg | Exh. 2 - part 1.pdf | 140 |
| 76 | Experiences Already | Exh. 2 - part 1.pdf | 143 |
| 80 | Fengbaofour | Exh. 2 - part 1.pdf | 146 |
| 81 | FENGJUANYU | Exh. 2 - part 1.pdf | 150 |
| 82 | FINE womens Tee | Exh. 2 - part 1.pdf | 153 |
| 83 | FLF LIANG ER TWO design | Exh. 2 - part 1.pdf | 156 |
| 84 | Fuego Threads | Exh. 2 - part 1.pdf | 159 |
| 85 | Funny label Decals | Exh. 2 - part 1.pdf | 163 |

| Def No. | Storename | Located in file | Page |
|---------|-----------|-----------------|------|
| 86 | fzxyashopB | Exh. 2 - part 1.pdf | 166 |
| 87 | fzymyshop | Exh. 2 - part 1.pdf | 169 |
| 89 | Girl original design | Exh. 2 - part 1.pdf | 172 |
| 93 | Glossia | Exh. 2 - part 1.pdf | 175 |
| 94 | Gloves BKBK | Exh. 2 - part 1.pdf | 178 |
| 95 | GOOD LUCKI | Exh. 2 - part 1.pdf | 181 |
| 96 | Good Sign Decoration | Exh. 2 - part 1.pdf | 184 |

DEF NO.: 1, STORENAME: A metaphor for a small

4

STOREURL: temu.com/mall.html?mall_id=5135682457669

| 7,827,762 | LADY WHISTLEDOWN |
| --- | --- |



DEF NO.: 1, STORENAME: A metaphor for a small                                    5
STOREURL: temu.com/mall.html?mall_id=5135682457669





DEF NO.: 2, STORENAME: A Uranus

7

STOREURL: temu.com/mall.html?mall_id=634418217377865

| 7,827,762 | LADY WHISTLEDOWN |
| --- | --- |



DEF NO.: 2, STORENAME: A Uranus                                                                                      8
STOREURL: temu.com/mall.html?mall_id=634418217377865



DEF NO.: 2, STORENAME: A Uranus                                                                    9
STOREURL: temu.com/mall.html?mall_id=634418217377865



DEF NO.: 6, STORENAME: Akalphant                                                    10
STOREURL: temu.com/mall.html?mall_id=634418221617296

| 7,827,762 | LADY WHISTLEDOWN |
|---|---|



DEF NO.: 6, STORENAME: Akalphant 11

STOREURL: temu.com/mall.html?mall_id=634418221617296



DEF NO.: 6, STORENAME: Akalphant 12

STOREURL: temu.com/mall.html?mall_id=634418221617296



DEF NO.: 6, STORENAME: Akalphant                                                13
STOREURL: temu.com/mall.html?mall_id=634418221617296

DEF NO.: 6, STORENAME: Akalphant          14
STOREURL: temu.com/mall.html?mall_id=634418221617296



DEF NO.: 8, STORENAME: Along Bag Cup                                      15
STOREURL: temu.com/mall.html?mall_id=634418226693986

| 7,827,762 | LADY WHISTLEDOWN |
|---|---|



DEF NO.: 8, STORENAME: Along Bag Cup                                    16
STOREURL: temu.com/mall.html?mall_id=634418226693986





DEF NO.: 11, STORENAME: Aria Thread Loft                                     18
STOREURL: temu.com/mall.html?mall_id=634418228412699

| 7,827,762 | LADY WHISTLEDOWN |
|-----------|------------------|



DEF NO.: 11, STORENAME: Aria Thread Loft                                    19
STOREURL: temu.com/mall.html?mall_id=634418228412699



To prevent excess packaging waste, we do not include paper receipts. However, you can always print one out for your records.

**Order summary**

| | |
|---|---|
| Order ID: | PO-211-14615120527993542 |
| Order time: | Mar 16, 2026 |
| Item(s) total: | $22.56 |
| Shipping: | $2.99 |
| Sales tax: | $2.31 |
| **Order total:** | **$27.86** |

**Shipping address**

Aaron Darnell +1 (740)297-0780 , 200 W Madison St, STE 2100, CHICAGO, IL 60606, United States

**Payment method**

✅ Temu is committed to protecting your payment information. We follow PCI DSS standards, use strong encryption, and perform regular reviews of its system to protect your privacy.

VISA    Visa ...6896                                                      $27.86
        Paid on Mar 16, 2026

Billing address: GREER BURNS CRAIN +1 (312)358-0016, 300 S Wacker Dr, Suite 2500, CHICAGO, IL 60606-6680, United States

**Item details (2)**

| | | |
|---|---|---|
| | Plus Size - Plus Size - Women'S Vintage Tea Hou... | $11.28 |
| | White / Label size: 0XL | ×2 |
| | By Aria Thread Loft | |

DEF NO.: 14, STORENAME: Baofuqy                                21
STOREURL: temu.com/mall.html?mall_id=634418228215705

| 7,827,762 | LADY WHISTLEDOWN |
|---|---|



DEF NO.: 14, STORENAME: Baofuqy                                                    22
STOREURL: temu.com/mall.html?mall_id=634418228215705



DEF NO.: 14, STORENAME: Baofuqy                                                23
STOREURL: temu.com/mall.html?mall_id=634418228215705



**Order summary**

| | |
|---|---|
| Order ID: | PO-211-14615079670393542 |
| Order time: | Mar 16, 2026 |
| Item(s) total: | $23.32 |
| Limited-time discount: | -$0.58 |
| Subtotal: | $22.74 |
| Shipping: | FREE |
| Sales tax: | $2.33 |
| **Order total:** | **$25.07** |

**Shipping address**

**Raj Darnell +1 (740)297-0780 , 200 W Madison St, STE 2100, CHICAGO, IL 60606, United States**

**Payment method**

✅ Temu is committed to protecting your payment information. We follow PCI DSS standards, use strong encryption, and perform regular reviews of its system to protect your privacy.

| VISA | Visa ...6896 | $25.07 |
|---|---|---|
| | Paid on Mar 16, 2026 | |

Billing address: GREER BURNS CRAIN +1 (312)358-0016, 300 S Wacker Dr, Suite 2500, CHICAGO, IL 60606-6680, United States

**Item details (4)**

| | | |
|---|---|---|
| | Vintage Lady Whistledown 2D Printed Iron Jewe... | $5.83 |
| | After promos applied: $5.69 | ×4 |
| | Gray flip-top tin box | |
| | By Baofuqy | |

DEF NO.: 15, STORENAME: Beautiful Pisces                                      24
STOREURL: temu.com/mall.html?mall_id=634418222394742

| 7,706,599 | BRIDGERTON |



DEF NO.: 15, STORENAME: Beautiful Pisces                                    25
STOREURL: temu.com/mall.html?mall_id=634418222394742



DEF NO.: 15, STORENAME: Beautiful Pisces 26
STOREURL: temu.com/mall.html?mall_id=634418222394742

**Receipt**      Print receipt

🔒 All data is safeguarded ›

**TEMU**

To prevent excess packaging waste, we do not include paper receipts. However, you can always print one out for your records.

**Order summary**

| | |
|---|---|
| Order ID: | PO-211-04023414134391075 |
| Order time: | Mar 16, 2026 |
| Item(s) total: | $23.24 |
| Shipping: | FREE |
| Sales tax: | $2.38 |
| Order total: | $25.62 |

**Shipping address**

Norma Lanning +1 (312)600-6843 , 200 W Madison St Ste 2100, CHICAGO, IL 60606, United States

**Payment method**

✅ Temu is committed to protecting your payment information. We follow PCI DSS standards, use strong encryption, and perform regular reviews of its system to protect your privacy.

VISA   Visa ...4686     $25.62
Paid on Mar 16, 2026

Billing address: Jimmy Lanning +1 (312)600-6843, 200 W Madison St Ste 2100, CHICAGO, IL 60606-3521, United States

**Item details (4)**

| | | |
|---|---|---|
| 1pc/2pcs Bridgerton Est. 1813 Wisteria Floral M... | | $5.81 |
| 6x8.7inch(15x22cm) / 【2PCS】 | | ×4 |
| By Beautiful Pisces | | |

Sidebar navigation:
- Your orders
- Your reviews
- Your profile
- Coupons & offers
- Credit balance
- Followed stores
- Browsing history
- Addresses
- Country/Region & Language
- Your payment methods
- Account security
- Permissions
- Notifications

DEF NO.: 18, STORENAME: Blank Show                                    27
STOREURL: temu.com/mall.html?mall_id=634418226914765

| 7,827,762 | LADY WHISTLEDOWN |
|-----------|------------------|



DEF NO.: 18, STORENAME: Blank Show         28
STOREURL: temu.com/mall.html?mall_id=634418226914765



DEF NO.: 18, STORENAME: Blank Show                                    29
STOREURL: temu.com/mall.html?mall_id=634418226914765



DEF NO.: 18, STORENAME: Blank Show  30
STOREURL: temu.com/mall.html?mall_id=634418226914765



DEF NO.: 19, STORENAME: Blanket Art Shop                                                        31
STOREURL: temu.com/mall.html?mall_id=634418211455980

| 7,706,599 | BRIDGERTON |
|-----------|------------|



DEF NO.: 19, STORENAME: Blanket Art Shop 32
STOREURL: temu.com/mall.html?mall_id=634418211455980



DEF NO.: 19, STORENAME: Blanket Art Shop         33
STOREURL: temu.com/mall.html?mall_id=634418211455980



DEF NO.: 20, STORENAME: Bohemian Threads                    34
STOREURL: temu.com/mall.html?mall_id=634418220632094

| 7,706,599 | BRIDGERTON |
|-----------|------------|



DEF NO.: 20, STORENAME: Bohemian Threads 35
STOREURL: temu.com/mall.html?mall_id=634418220632094



DEF NO.: 20, STORENAME: Bohemian Threads                                                36
STOREURL: temu.com/mall.html?mall_id=634418220632094



DEF NO.: 23, STORENAME: BreezeHaven                                                      37
STOREURL: temu.com/mall.html?mall_id=634418220216144

| 7,706,599 | BRIDGERTON |
|-----------|------------|



DEF NO.: 23, STORENAME: BreezeHaven      38
STOREURL: temu.com/mall.html?mall_id=634418220216144



DEF NO.: 23, STORENAME: BreezeHaven 39
STOREURL: temu.com/mall.html?mall_id=634418220216144



DEF NO.: 27, STORENAME: C coffee cup                                      40
STOREURL: temu.com/mall.html?mall_id=634418227296917

| 7,827,762 | LADY WHISTLEDOWN |
|---|---|



DEF NO.: 27, STORENAME: C coffee cup       41

STOREURL: temu.com/mall.html?mall_id=634418227296917



DEF NO.: 27, STORENAME: C coffee cup                          42
STOREURL: temu.com/mall.html?mall_id=634418227296917



DEF NO.: 28, STORENAME: Caffora                                                     43
STOREURL: temu.com/mall.html?mall_id=634418222155143

| 7,827,762 | LADY WHISTLEDOWN |
|---|---|



DEF NO.: 28, STORENAME: Caffora                                          44
STOREURL: temu.com/mall.html?mall_id=634418222155143



DEF NO.: 28, STORENAME: Caffora 45
STOREURL: temu.com/mall.html?mall_id=634418222155143

Receipt

temu.com/bgt_order_receipt.html?parent_order_sn=PO-211-04080496...

Your orders

Your reviews

Your profile

Coupons & offers

Credit balance

Wishlist

Followed stores

Browsing history

Addresses

Country/Region & Language

Your payment methods

Account security

Permissions

Notifications

**Receipt**

🔒 All data is safeguarded >

Print receipt

**TEMU**

To prevent excess packaging waste, we do not include paper receipts. However, you can always print one out for your records.

**Order summary**

| | |
|---|---|
| Order ID: | PO-211-04080496958071695 |
| Order time: | Mar 16, 2026 |
| Item(s) total: | $21.84 |
| Shipping: | FREE |
| Sales tax: | $2.24 |
| Order total: | $24.08 |

**Shipping address**

Jenni Crawford +1 (312)358-0016 , 200 W Madison St, suite 2100 F4662, CHICAGO, IL 60606-3414, United States

**Payment method**

✓ Temu is committed to protecting your payment information. We follow PCI DSS standards, use strong encryption, and perform regular reviews of its system to protect your privacy.

VISA  Visa ...0558                    $24.08

Billing address: Nick Barrett +1 (312)358-0016, 200 W Madison St, suite 2100 D59, CHICAGO, IL 60606-3414, United States

**Item details (6)**

1pc Lady Whistledown Society Makeup Bag for ...       $3.64
6.69x9.06inch                                          ×6

By ● Caffora

DEF NO.: 29, STORENAME: Canntrary                                      46
STOREURL: temu.com/mall.html?mall_id=634418227766799

| 7,706,599 | BRIDGERTON |
| --- | --- |



DEF NO.: 29, STORENAME: Canntrary

47

STOREURL: temu.com/mall.html?mall_id=634418227766799



DEF NO.: 29, STORENAME: Canntrary                                         48
STOREURL: temu.com/mall.html?mall_id=634418227766799



DEF NO.: 29, STORENAME: Canntrary                                                                 49
STOREURL: temu.com/mall.html?mall_id=634418227766799



DEF NO.: 30, STORENAME: CBnkE

STOREURL: temu.com/mall.html?mall_id=634418226297140

50

| 7,706,599 | BRIDGERTON |
|---|---|



DEF NO.: 30, STORENAME: CBnkE
51
STOREURL: temu.com/mall.html?mall_id=634418226297140



DEF NO.: 30, STORENAME: CBnkE                                                52
STOREURL: temu.com/mall.html?mall_id=634418226297140



DEF NO.: 32, STORENAME: CC Jit                                                                53
STOREURL: temu.com/mall.html?mall_id=634418227079130

| 7,827,762 | LADY WHISTLEDOWN |
|-----------|------------------|



DEF NO.: 32, STORENAME: CC Jit                                                                           54
STOREURL: temu.com/mall.html?mall_id=634418227079130



DEF NO.: 32, STORENAME: CC Jit                                    55
STOREURL: temu.com/mall.html?mall_id=634418227079130



DEF NO.: 32, STORENAME: CC Jit                    56
STOREURL: temu.com/mall.html?mall_id=634418227079130



DEF NO.: 32, STORENAME: CC Jit                                          57
STOREURL: temu.com/mall.html?mall_id=634418227079130



DEF NO.: 33, STORENAME: CHAOC                                                     58
STOREURL: temu.com/mall.html?mall_id=634418214002726

| 7,827,762 | LADY WHISTLEDOWN |
|---|---|



DEF NO.: 33, STORENAME: CHAOC                    59
STOREURL: temu.com/mall.html?mall_id=634418214002726



DEF NO.: 33, STORENAME: CHAOC                                        60
STOREURL: temu.com/mall.html?mall_id=634418214002726



| 7,706,599 | BRIDGERTON |
|---|---|



DEF NO.: 34, STORENAME: Chaotic Annual Rings 62

STOREURL: temu.com/mall.html?mall_id=634418222399132



DEF NO.: 34, STORENAME: Chaotic Annual Rings      63
STOREURL: temu.com/mall.html?mall_id=634418222399132



DEF NO.: 35, STORENAME: Chequan Mug

64

STOREURL: temu.com/mall.html?mall_id=634418225933862

| 7,827,762 | LADY WHISTLEDOWN |
| --- | --- |



DEF NO.: 35, STORENAME: Chequan Mug 65
STOREURL: temu.com/mall.html?mall_id=634418225933862





| 7,827,762 | LADY WHISTLEDOWN |
|-----------|------------------|



DEF NO.: 36, STORENAME: ChicMug                                              68
STOREURL: temu.com/mall.html?mall_id=634418228245562





DEF NO.: 41, STORENAME: Citrusly SS                                      70
STOREURL: temu.com/mall.html?mall_id=634418228194035

| 7,827,762 | LADY WHISTLEDOWN |
|---|---|



DEF NO.: 41, STORENAME: Citrusly SS    71

STOREURL: temu.com/mall.html?mall_id=634418228194035



DEF NO.: 41, STORENAME: Citrusly SS

72

STOREURL: temu.com/mall.html?mall_id=634418228194035



DEF NO.: 41, STORENAME: Citrusly SS 73

STOREURL: temu.com/mall.html?mall_id=634418228194035



DEF NO.: 42, STORENAME: Cloud Womens Clothing N

STOREURL: temu.com/mall.html?mall_id=634418220204623

74

| 7,827,762 | LADY WHISTLEDOWN |
|---|---|





DEF NO.: 42, STORENAME: Cloud Womens Clothing N

STOREURL: temu.com/mall.html?mall_id=634418220204623

76



DEF NO.: 42, STORENAME: Cloud Womens Clothing N 77
STOREURL: temu.com/mall.html?mall_id=634418220204623



DEF NO.: 43, STORENAME: CMCN coffee cup                                               78
STOREURL: temu.com/mall.html?mall_id=634418228172687

| 7,827,762 | LADY WHISTLEDOWN |
|-----------|------------------|



DEF NO.: 43, STORENAME: CMCN coffee cup                                      79
STOREURL: temu.com/mall.html?mall_id=634418228172687



DEF NO.: 43, STORENAME: CMCN coffee cup                                    80
STOREURL: temu.com/mall.html?mall_id=634418228172687

**TEMU**

To prevent excess packaging waste, we do not include paper receipts. However, you can always print one out for your records.

### Order summary

| | |
|---|---|
| Order ID: | PO-211-14615098353273542 |
| Order time: | Mar 17, 2026 |
| Item(s) total: | $24.50 |
| Item(s) discount: | -$2.88 |
| Subtotal: | $21.62 |
| Shipping: | FREE |
| Sales tax: | $2.22 |
| Order total: | **$23.84** |

### Shipping address

**Barney Darnell +1 (740)297-0780 , 200 W Madison St, STE 2100, CHICAGO, IL 60606, United States**

### Payment method

✔ Temu is committed to protecting your payment information. We follow PCI DSS standards, use strong encryption, and perform regular reviews of its system to protect your privacy.

| | | |
|---|---|---|
| VISA | Visa ...6896<br>Paid on Mar 17, 2026 | $23.84 |

Billing address: GREER BURNS CRAIN +1 (312)358-0016, 300 S Wacker Dr, Suite 2500, CHICAGO, IL 60606-6680, United States

### Item details (2)

| | | |
|---|---|---|
| | 1pc Lady Whistledowns Elegant Design Logo Ce...<br>One Size / Red<br><br>By CMCN coffee cup | $10.81<br>×2 |

DEF NO.: 45, STORENAME: cool play shop four        81
STOREURL: temu.com/mall.html?mall_id=634418220162569

| 7,827,762 | LADY WHISTLEDOWN |
|---|---|





DEF NO.: 45, STORENAME: cool play shop four                83

STOREURL: temu.com/mall.html?mall_id=634418220162569



DEF NO.: 47, STORENAME: CozyAuraGoods

STOREURL: temu.com/mall.html?mall_id=634418221789536

84

| 7,827,762 | LADY WHISTLEDOWN |
|-----------|------------------|





Store Information

Business Name

YINGTAI(HK)NETWORK TECHNOLOGY CO., LIMITED

Address

RM A1, 11/F, WINNER BUILDING,36 MAN YUE STREET, HUNG
HOM HONG KONG
Kowloon City District
999077
Hong Kong Special Administrative Region, Kowloon
China

The address displayed is the business address. Items with the
"Local warehouse" tag may ship from US-based warehouses or
fulfillment centers. Some items are shipped from overseas
warehouses but will have tracking information for the domestic
portion, which is arranged by U.S. warehouses.

Note

If you have any inquiries, you may contact this store through the
direct chat function.

DEF NO.: 47, STORENAME: CozyAuraGoods
STOREURL: temu.com/mall.html?mall_id=634418221789536

86



| 7,827,762 | LADY WHISTLEDOWN |
|---|---|





## Receipt

🔒 All data is safeguarded ›

🖨 Print receipt

**TEMU**

To prevent excess packaging waste, we do not include paper receipts. However, you can always print one out for your records.

### Order summary

| | |
|---|---|
| Order ID: | PO-211-14736263951993716 |
| Order time: | Mar 17, 2026 |
| Item(s) total: | $25.62 |
| Shipping: | FREE |
| Sales tax: | $2.63 |
| **Order total:** | **$28.25** |

### Shipping address

Christinia Mann +1 (740)297-0780 , 200 W Madison St, STE 2100 B48, CHICAGO, IL 60606, United States

### Payment method

✅ Temu is committed to protecting your payment information. We follow PCI DSS standards, use strong encryption, and perform regular reviews of its system to protect your privacy.

**VISA** Visa ...6165                                                           $28.25
Paid on Mar 17, 2026

Billing address: Greer Burns Crain LTD +1 (740)297-0780, 200 W MADISON ST STE 2100, CHICAGO, IL 60606, United States

### Item details (2)

| | | |
|---|---|---|
| Lady Whistledown'S Society Papers 11oz Cerami... | White / 11oz | $12.81 ×2 |

By 🌰 CozyCup

| Company info | Customer service | Help |
|---|---|---|
| About Temu | Return and refund policy | Support center & FAQ |

Start Selling to Millions of Buyers on Temu

### Your orders
### Your reviews
### Your profile
### Coupons & offers
### Credit balance
### Followed stores
### Browsing history
### Addresses
### Country/Region & Language
### Your payment methods
### Account security
### Permissions
### Notifications

DEF NO.: 49, STORENAME: CozyWeather                                    90
STOREURL: temu.com/mall.html?mall_id=634418226759613

| 7,827,762 | LADY WHISTLEDOWN |
|-----------|------------------|
| 7,706,599 | BRIDGERTON |



DEF NO.: 49, STORENAME: CozyWeather                                                           91
STOREURL: temu.com/mall.html?mall_id=634418226759613



DEF NO.: 49, STORENAME: CozyWeather                                                        92
STOREURL: temu.com/mall.html?mall_id=634418226759613



| 7,827,762 | LADY WHISTLEDOWN |
|---|---|





**Store Information**

Business Name

Guangzhouyifankeji Co., Ltd.

Address

Room D29, 301, No. 90, Jintao West Street, Nansha District,
Guangzhou
Nansha District
511458
Guangdong Province, Guangzhou City
China

The address displayed is the business address. Items with the
"Local warehouse" tag may ship from US-based warehouses or
fulfillment centers. Some items are shipped from overseas
warehouses but will have tracking information for the domestic
portion, which is arranged by U.S. warehouses.

Note

If you have any inquiries, you may contact this store through the
direct chat function.



| 7,827,762 | LADY WHISTLEDOWN |
|---|---|



DEF NO.: 53, STORENAME: Dainty Stitch                    97
STOREURL: temu.com/mall.html?mall_id=634418227803739



**Order summary**

| | |
|---|---|
| Order ID: | PO-211-14615074381433542 |
| Order time: | Mar 17, 2026 |
| Item(s) total: | $49.94 |
| Item(s) discount: | -$25.84 |
| Subtotal: | $24.10 |
| Shipping: | $2.99 |
| Sales tax: | $2.47 |
| Order total: | **$29.56** |

**Shipping address**

Ann Darnell +1 (740)297-0780 , 200 W Madison St, STE 2100, CHICAGO, IL 60606, United States

**Payment method**

✅ Temu is committed to protecting your payment information. We follow PCI DSS standards, use strong encryption, and perform regular reviews of its system to protect your privacy.

| | | |
|---|---|---|
| **VISA** | Visa ...6896 | $29.56 |
| | Paid on Mar 17, 2026 | |

Billing address: GREER BURNS CRAIN +1 (312)358-0016, 300 S Wacker Dr, Suite 2500, CHICAGO, IL 60606-6680, United States

**Item details (2)**

| | | |
|---|---|---|
| | Wo'S Lady Whistledown Tea House Graphic Prin... | $12.05 |
| | White / Label size: S | ×2 |
| | By Dainty Stitch | |

| 7,827,762 | LADY WHISTLEDOWN |
|---|---|



DEF NO.: 55, STORENAME: Dallas Tea 100
STOREURL: temu.com/mall.html?mall_id=634418226518167



### Store Information

**Business Name**

Shangraoshibaitaifushi Co., Ltd.

**Address**

Yongle Village, Fenglintou Town, Guangxin District, Shangrao City,
Jiangxi Province
Guangxin District
334000
Jiangxi Province, Shangrao City
China

**Note**

If you have any inquiries, you may contact this store through the direct chat function.



**Receipt**

🔒 All data is safeguarded ›

🖨 Print receipt

**TEMU**

To prevent excess packaging waste, we do not include paper receipts. However, you can always print one out for your records.

**Order summary**

| | |
|---|---|
| Order ID: | PO-211-14736158863993716 |
| Order time: | Mar 16, 2026 |
| Item(s) total: | $23.58 |
| Shipping: | FREE |
| Sales tax: | $2.42 |
| Order total: | $26.00 |

**Shipping address**

Chia Mann +1 (740)297-0780 , 200 W Madison St, STE 2100 B22, CHICAGO, IL 60606, United States

**Payment method**

✅ Temu is committed to protecting your payment information. We follow PCI DSS standards, use strong encryption, and perform regular reviews of its system to protect your privacy.

VISA Visa ...6165
Paid on Mar 16, 2026 — $26.00

Billing address: Greer Burns Crain LTD +1 (740)297-0780, 200 W MADISON ST STE 2100, CHICAGO, IL 60606, United States

**Item details (3)**

| | | |
|---|---|---|
| 1pc Lady Whistledown Tea House Mug - Coffee ... | $7.86 | |
| DF07196 / White | ×3 | |

By 🏪 Dallas Tea

| Company info | Customer service | Help |
|---|---|---|
| About Temu | Return and refund policy | Support center & FAQ |

DEF NO.: 56, STORENAME: DD Happy Shopping 102
STOREURL: temu.com/mall.html?mall_id=634418225325320

| 7,706,599 | BRIDGERTON |
| --- | --- |







| 7,827,762 | LADY WHISTLEDOWN |
|---|---|



DEF NO.: 57, STORENAME: DDH Man Garment　　　　　　　　　　106
STOREURL: temu.com/mall.html?mall_id=634418227537624





| 7,827,762 | LADY WHISTLEDOWN |
|---|---|



DEF NO.: 59, STORENAME: DIDIYU                                                        109
STOREURL: temu.com/mall.html?mall_id=634418228436788



DEF NO.: 59, STORENAME: DIDIYU                                              110
STOREURL: temu.com/mall.html?mall_id=634418228436788

**TEMU**

To prevent excess packaging waste, we do not include paper receipts. However, you can always print one out for your records.

### Order summary

| | |
|---|---|
| Order ID: | PO-211-14614972887673542 |
| Order time: | Mar 16, 2026 |
| Item(s) total: | $20.68 |
| Limited-time discount: | -$0.51 |
| Subtotal: | $20.17 |
| Shipping: | FREE |
| Sales tax: | $2.07 |
| **Order total:** | **$22.24** |

### Shipping address

Raylene Darnell +1 (740)297-0780 , 200 W Madison St, STE 2100, CHICAGO, IL 60606, United States

### Payment method

✅ Temu is committed to protecting your payment information. We follow PCI DSS standards, use strong encryption, and perform regular reviews of its system to protect your privacy.

| | | |
|---|---|---|
| VISA | Visa ...6896<br>Paid on Mar 16, 2026 | $22.24 |

Billing address: GREER BURNS CRAIN +1 (312)358-0016, 300 S Wacker Dr, Suite 2500, CHICAGO, IL 60606-6680, United States

### Item details (4)

| | | |
|---|---|---|
| | Lady Whistledown' Society Papers Tote Bag - Hi...<br>After promos applied: $5.05<br>11.81*15.75inch<br>By DIDIYU | $5.17<br>×4 |

DEF NO.: 60, STORENAME: Dingcai ZY         111

STOREURL: temu.com/mall.html?mall_id=634418227352990

| 7,706,599 | BRIDGERTON |
| --- | --- |



DEF NO.: 60, STORENAME: Dingcai ZY                    112
STOREURL: temu.com/mall.html?mall_id=634418227352990





DEF NO.: 62, STORENAME: Diva T
STOREURL: temu.com/mall.html?mall_id=634418228894553

114

| 7,827,762 | LADY WHISTLEDOWN |
|---|---|



DEF NO.: 62, STORENAME: Diva T
STOREURL: temu.com/mall.html?mall_id=634418228894553

115

Store Information

Name
Diva T

Address
N/A

Country/Region
China

DEF NO.: 62, STORENAME: Diva T                                    116
STOREURL: temu.com/mall.html?mall_id=634418228894553



| 7,827,762 | LADY WHISTLEDOWN |
|-----------|------------------|





**Store Information**

Business Name
Jinhuagekangrezhuanyinzhipin Co., Ltd.

Address
Building 4, 1st Floor, Room 4-104, Zhejiang Normal University
Network Economy Entrepreneurship Park, No. 3379 North Second
Ring West Road, Xinshi Subdistrict, Wucheng District, Jinhua City,
Zhejiang Province (Self-declaration)
Wucheng District
321000
Zhejiang Province, Jinhua City
China

Note
If you have any inquiries, you may contact this store through the
direct chat function.



| 7,827,762 | LADY WHISTLEDOWN |
|---|---|





DEF NO.: 66, STORENAME: DragonLuck Stickers                                              122
STOREURL: temu.com/mall.html?mall_id=634418221573158



DEF NO.: 69, STORENAME: EchoHouse                                      123
STOREURL: temu.com/mall.html?mall_id=634418220216048

| 7,827,762 | LADY WHISTLEDOWN |
|-----------|------------------|
| 7,706,599 | BRIDGERTON |



DEF NO.: 69, STORENAME: EchoHouse                                    124
STOREURL: temu.com/mall.html?mall_id=634418220216048



Receipt

🔒 All data is safeguarded ›

Print receipt

**TEMU**

To prevent excess packaging waste, we do not include paper receipts. However, you can always print one out for your records.

**Order summary**

| | |
|---|---|
| Order ID: | PO-211-03741125509753716 |
| Order time: | Mar 16, 2026 |
| Item(s) total: | $23.94 |
| Limited-time discount: | -$0.19 |
| Subtotal: | $23.75 |
| Shipping: | FREE |
| Sales tax: | $2.43 |
| Order total: | $26.18 |

**Shipping address**

Charmain Mann +1 (740)297-0780 , 200 W Madison St, STE 2100 A89, CHICAGO, IL 60606, United States

**Payment method**

✓ Temu is committed to protecting your payment information. We follow PCI DSS standards, use strong encryption, and perform regular reviews of its system to protect your privacy.

| | |
|---|---|
| **VISA** Visa ...6165 Paid on Mar 16, 2026 | $26.18 |

Billing address: Greer Burns Crain LTD +1 (740)297-0780, 200 W MADISON ST STE 2100, CHICAGO, IL 60606, United States

**Item details (6)**

| | | |
|---|---|---|
| 1pc Bridgerton TV Show Inspired Makeup Bag - ... | | $3.99 |
| ⊞ After promos applied: $3.96 | | ×6 |
| 8.7×5.9 inch (22×15 cm) | | |
| By 🟡 EchoHouse | | |

DEF NO.: 70, STORENAME: EDHUBF                                      126
STOREURL: temu.com/mall.html?mall_id=634418228436943

| 7,827,762 | LADY WHISTLEDOWN |
|---|---|



DEF NO.: 70, STORENAME: EDHUBF                                    127
STOREURL: temu.com/mall.html?mall_id=634418228436943



| 7,827,762 | LADY WHISTLEDOWN |
|---|---|



DEF NO.: 71, STORENAME: Enhance Endurance

STOREURL: temu.com/mall.html?mall_id=634418222084629

130



**Store Information**

Business Name

Putianshihanjiangquruikaidianzishangwu Co., Ltd.

Address

Room 2404, Building 60, Area A, Yunlu Villa, No. 255 Tanghu Street, Baitang Town
Hanjiang District
351111
Fujian Province, Putian City
China



| 7,827,762 | LADY WHISTLEDOWN |
| --- | --- |





DEF NO.: 72, STORENAME: Essential Curve

STOREURL: temu.com/mall.html?mall_id=634418228394849

134





DEF NO.: 72, STORENAME: Essential Curve          136
STOREURL: temu.com/mall.html?mall_id=634418228394849



DEF NO.: 74, STORENAME: EverDayGoods 137
STOREURL: temu.com/mall.html?mall_id=634418228626745

| 7,706,599 | BRIDGERTON |
|-----------|------------|



DEF NO.: 74, STORENAME: EverDayGoods                          138
STOREURL: temu.com/mall.html?mall_id=634418228626745



| 7,827,762 | LADY WHISTLEDOWN |
|---|---|



DEF NO.: 75, STORENAME: exctg                                             141
STOREURL: temu.com/mall.html?mall_id=634418221687788



Receipt

temu.com/bgt_order_receipt.html?parent_order_sn=PO-211-04080514...

Home > Your orders > Order details > Receipt

- Your orders
- Your reviews
- Your profile
- Coupons & offers
- Credit balance
- Wishlist
- Followed stores
- Browsing history
- Addresses
- Country/Region & Language
- Your payment methods
- Account security
- Permissions
- Notifications

**Receipt**

Print receipt

🔒 All data is safeguarded >

**TEMU**

To prevent excess packaging waste, we do not include paper receipts. However, you can always print one out for your records.

**Order summary**

| | |
|---|---|
| Order ID: | PO-211-04080514750071695 |
| Order time: | Mar 16, 2026 |
| Item(s) total: | $24.15 |
| Shipping: | FREE |
| Sales tax: | $2.48 |
| Order total: | $26.63 |

**Shipping address**

Jennette Crawford +1 (312)358-0016 , 200 W Madison St, suite 2100 F4661, CHICAGO, IL 60606-3414, United States

**Payment method**

✓ Temu is committed to protecting your payment information. We follow PCI DSS standards, use strong encryption, and perform regular reviews of its system to protect your privacy.

VISA   Visa ...0558                                        $26.63

Billing address: Nick Barrett +1 (312)358-0016, 200 W Madison St, suite 2100 D59, CHICAGO, IL 60606-3414, United States

**Item details (5)**

| | | |
|---|---|---|
| | Cushion Covers Featuring Lady Whistledown, Pe... | $4.83 |
| | BTZ | ×5 |
| | By exctg | |

| 7,827,762 | LADY WHISTLEDOWN |
|---|---|



DEF NO.: 76, STORENAME: Experiences Already                                                144

STOREURL: temu.com/mall.html?mall_id=634418222399407





DEF NO.: 80, STORENAME: Fengbaofour          146
STOREURL: temu.com/mall.html?mall_id=634418225836380

| 7,827,762 | LADY WHISTLEDOWN |
|---|---|



DEF NO.: 80, STORENAME: Fengbaofour 148
STOREURL: temu.com/mall.html?mall_id=634418225836380





DEF NO.: 81, STORENAME: FENGJUANYU                                           150
STOREURL: temu.com/mall.html?mall_id=634418228698074

| 7,827,762 | LADY WHISTLEDOWN |
|-----------|------------------|



DEF NO.: 81, STORENAME: FENGJUANYU                                        151
STOREURL: temu.com/mall.html?mall_id=634418228698074



DEF NO.: 81, STORENAME: FENGJUANYU                                           152
STOREURL: temu.com/mall.html?mall_id=634418228698074

**Order summary**

| | |
|---|---|
| Order ID: | PO-211-14615045694073542 |
| Order time: | Mar 16, 2026 |
| Item(s) total: | $21.35 |
| Shipping: | FREE |
| Sales tax: | $2.19 |
| Order total: | **$23.54** |

**Shipping address**

Rain Darnell +1 (740)297-0780 , 200 W Madison St, STE 2100, CHICAGO, IL 60606, United States

**Payment method**

✓ Temu is committed to protecting your payment information. We follow PCI DSS standards, use strong encryption, and perform regular reviews of its system to protect your privacy.

| | | |
|---|---|---|
| **VISA** | Visa ...6896 | $23.54 |
| | Paid on Mar 16, 2026 | |

Billing address: GREER BURNS CRAIN +1 (312)358-0016, 300 S Wacker Dr, Suite 2500, CHICAGO, IL 60606-6680, United States

**Item details (5)**

| | | |
|---|---|---|
| | 1pc of Lady Whistledown Society Papers Print S... | $4.27 |
| | 35*40cm/13.78*15.75in | ×5 |
| | By FENGJUANYU | |

DEF NO.: 82, STORENAME: FINE womens Tee                                                                       153
STOREURL: temu.com/mall.html?mall_id=634418223549358

| 7,827,762 | LADY WHISTLEDOWN |
|---|---|





Store Information

Business Name
Hainanjingxuangemujiegougongcheng Co., Ltd.

Address
Room 1502, Building 44, Hengda Cultural Tourism City, Chengxi Town, Longhua District, Haikou City, Hainan Province
Longhua District
570145
Hainan, Haikou
China

The address displayed is the business address. Items with the "Local warehouse" tag may ship from US-based warehouses or fulfillment centers. Some items are shipped from overseas warehouses but will have tracking information for the domestic portion, which is arranged by U.S. warehouses.



DEF NO.: 83, STORENAME: FLF LIANG ER TWO design          156
STOREURL: temu.com/mall.html?mall_id=634418224535260

| 7,827,762 | LADY WHISTLEDOWN |



DEF NO.: 83, STORENAME: FLF LIANG ER TWO design                  157
STOREURL: temu.com/mall.html?mall_id=634418224535260



### Store Information

**Business Name**

Yiwu Liang'er Trading Co., Ltd

**Address**

Room 504, Building A8, Heyi E-commerce Industrial Park, Beiyuan Street, Yiwu City, Jinhua City, Zhejiang Province (within Yiwu Heyi Technology Co., Ltd.) (self-declaration)
Yiwu City
322000
Zhejiang Province, Jinhua City
China

The address displayed is the business address. Items with the "Local warehouse" tag may ship from US-based warehouses or fulfillment centers. Some items are shipped from overseas warehouses but will have tracking information for the domestic portion, which is arranged by U.S. warehouses.

DEF NO.: 83, STORENAME: FLF LIANG ER TWO design                158
STOREURL: temu.com/mall.html?mall_id=634418224535260



**Receipt**

🔒 All data is safeguarded ›

🖨 Print receipt

**TEMU**

To prevent excess packaging waste, we do not include paper receipts. However, you can always print one out for your records.

**Order summary**

| | |
|---|---|
| Order ID: | PO-211-14736231153273716 |
| Order time: | Mar 17, 2026 |
| Item(s) total: | $12.46 |
| Shipping: | $2.99 |
| Sales tax: | $1.28 |
| **Order total:** | **$16.73** |

**Shipping address**
Clorinda Mann +1 (740)297-0780 , 200 W Madison St, STE 2100 B92, CHICAGO, IL 60606, United States

**Payment method**
✅ Temu is committed to protecting your payment information. We follow PCI DSS standards, use strong encryption, and perform regular reviews of its system to protect your privacy.

**VISA** Visa ...6165          $16.73
Paid on Mar 17, 2026

Billing address: Greer Burns Crain LTD +1 (740)297-0780, 200 W MADISON ST STE 2100, CHICAGO, IL 60606, United States

**Item details (1)**

| | | |
|---|---|---|
| 1pc Lady Whistledown Tea House Handbag Suit... | | $12.46 |
| Style 1 | | ×1 |
| By ─── FLF LIANG ER TWO design | | |

**Company info**     **Customer service**     **Help**

DEF NO.: 84, STORENAME: Fuego Threads                           159
STOREURL: temu.com/mall.html?mall_id=634418228546015

| 7,827,762 | LADY WHISTLEDOWN |
|---|---|



DEF NO.: 84, STORENAME: Fuego Threads          160
STOREURL: temu.com/mall.html?mall_id=634418228546015



DEF NO.: 84, STORENAME: Fuego Threads 162
STOREURL: temu.com/mall.html?mall_id=634418228546015

Receipt ✕ +

← → C ⊶ temu.com/bgt_order_receipt.html?parent_order_sn=PO-211-1464... Ask Chrome

Followed stores

Browsing history

Addresses

Country/Region & Language

Your payment methods

Account security

Permissions

Notifications

**Order summary**

| | |
|---|---|
| Order ID: | PO-211-14649912074873206 |
| Order time: | Mar 16, 2026 |
| Item(s) total: | $49.94 |
| Item(s) discount: | -$29.78 |
| Subtotal: | $20.16 |
| Shipping: | $2.99 |
| Sales tax: | $2.07 |
| Order total: | $25.22 |

**Shipping address**

Valentin Gasly +1 (740)297-0780 , 200 W Madison St, Suite # 2100 H39, CHICAGO, IL 60606-3414, United States

**Payment method**

● Temu is committed to protecting your payment information. We follow PCI DSS standards, use strong encryption, and perform regular reviews of its system to protect your privacy.

VISA  Visa ...6165                                                    $25.22

Billing address: GREER BURNS CRAIN +1 (312)358-0016, 200 W Madison St, Ste 2100, CHICAGO, IL 60606-3414, United States

**Item details (2)**

Wo Lady Whistledown Tea House Graphic Print ...     $10.08
Black / Label size: L                                ×2

By ● Fuego Threads

| Company info | Customer service | Help | |
|---|---|---|---|
| About Temu | Return and refund policy | Support center & FAQ | Start Selling to Millions of Buyers on Temu |

| 7,827,762 | LADY WHISTLEDOWN |
|---|---|



DEF NO.: 85, STORENAME: Funny label Decals
STOREURL: temu.com/mall.html?mall_id=634418228037719

164



Case: 1:26-cv-03711 Document #: 52-2 Filed: 06/24/26 Page 165 of 186 PageID #:1713
DEF NO.: 85, STORENAME: Funny label Decals 165
STOREURL: temu.com/mall.html?mall_id=634418228037719



| 7,706,599 | BRIDGERTON |
|-----------|------------|







DEF NO.: 87, STORENAME: fzymyshop                                    169
STOREURL: temu.com/mall.html?mall_id=634418225547710

| 7,706,599 | BRIDGERTON |
|---|---|



DEF NO.: 87, STORENAME: fzymyshop                                                                 170
STOREURL: temu.com/mall.html?mall_id=634418225547710





| 7,827,762 | LADY WHISTLEDOWN |
|---|---|







| 7,827,762 | LADY WHISTLEDOWN |
|---|---|



DEF NO.: 93, STORENAME: Glossia

176

STOREURL: temu.com/mall.html?mall_id=634418226399345

## Store Information

**Business Name**

RUNTAI (HK) NETWORK TECHNOLOGY CO., LIMITED

**Address**

Room D3, 11/F, Luk Hop Industrial Building, 8 Luk Hop Street, San Po Kong, Kowloon
Wong Tai Sin District
999077
Hong Kong Special Administrative Region, Kowloon
China

The address displayed is the business address. Items with the "Local warehouse" tag may ship from US-based warehouses or fulfillment centers. Some items are shipped from overseas warehouses but will have tracking information for the domestic portion, which is arranged by U.S. warehouses.

**Note**

If you have any inquiries, you may contact this store through the direct chat function.

### Glossia

Local warehouse | Fastest delivery in 2 business days
Fast delivery

| 29 | 11K+ | 5.9K+ |
|---|---|---|
| Followers | Sold | Items |

Items | Women's T-Shirt | Women's Sweatshirts | Reviews (4.7

Add $30.00 more to get free shipping from this seller

5.9K+ items

Sort by: Relevance

CLEARANCE DEAL Local Women's Vintage ...
$6.93 7 sold
Lowest price ever

CLEARANCE DEAL Local Shih Tzu Dog Love...
$6.94 $15.99 55 sold
Lowest price in 30 days
★★★★★

CLEARANCE DEAL Local Distressed Star Gr...
$6.93 $25.99 9 sold
Lowest price in 60 days

CLEARANCE DEAL Local Happy Easter Bun...
$7.57 4 sold
Lowest price ever

CLEARANCE DEAL Local Gray Easter Dachs...
$7.12 1 sold
Lowest price ever

**Top items** | Best-Selling items from store | Best Reviewed from store

Popular items based on sales from store.

#1 Letter Print T-shirt, Long Sleeve Crew Neck Casual Top for Spring & Fall

#2 Shiny Christmas Tree Graphic Tee, Festive Long Sleeve Shirt, Crewneck

#3 Women's "Coffee Is My Love Language" Long Sleeve T-Shirt -

#4

# Receipt

All data is safeguarded >

## TEMU

To prevent excess packaging waste, we do not include paper receipts. However, you can always print one out for your records.

### Order summary

| | |
|---|---|
| Order ID: | PO-211-03741090181753716 |
| Order time: | Mar 16, 2026 |
| Item(s) total: | $6.94 |
| Shipping: | $2.99 |
| Sales tax: | $0.71 |
| **Order total:** | **$10.64** |

### Shipping address

Charlie Mann +1 (740)297-0780 , 200 W Madison St, STE 2100 A83, CHICAGO, IL 60606, United States

### Payment method

Temu is committed to protecting your payment information. We follow PCI DSS standards, use strong encryption, and perform regular reviews of its system to protect your privacy.

| | |
|---|---|
| VISA Visa ...6165 Paid on Mar 16, 2026 | $10.64 |

Billing address: Greer Burns Crain LTD +1 (740)297-0780, 200 W MADISON ST STE 2100, CHICAGO, IL 60606, United States

### Item details (1)

| | | |
|---|---|---|
| Women'S Vintage "Lady Whistledown Tea Hous... White / Label size: M By Glossia | $6.94 ×1 | |

Print receipt

**Company info**
About Temu

**Customer service**
Return and refund policy

**Help**
Support center & FAQ

**Start Selling to Millions of Buyers on Temu**

| 7,827,762 | LADY WHISTLEDOWN |
|---|---|



DEF NO.: 94, STORENAME: Gloves BKBK                    179
STOREURL: temu.com/mall.html?mall_id=634418227923396





| 7,827,762 | LADY WHISTLEDOWN |
|---|---|



DEF NO.: 95, STORENAME: GOOD LUCKI                    182
STOREURL: temu.com/mall.html?mall_id=634418215850380



Receipt

temu.com/bgt_order_receipt.html?parent_order_sn=PO-211-15075632...

Your orders
Your reviews
Your profile
Coupons & offers
Credit balance
Wishlist
Followed stores
Browsing history
Addresses
Country/Region & Language
Your payment methods
Account security
Permissions
Notifications

**Receipt**

🔒 All data is safeguarded >

🖨 Print receipt

**TEMU**

To prevent excess packaging waste, we do not include paper receipts. However, you can always print one out for your records.

**Order summary**

| | |
|---|---|
| Order ID: | PO-211-15075632056951695 |
| Order time: | Mar 16, 2026 |
| Item(s) total: | $33.54 |
| Shipping: | FREE |
| Sales tax: | $3.44 |
| Order total: | $36.98 |

**Shipping address**

Jessenia Crawford +1 (312)358-0016 , 200 W Madison St, suite 2100 F4693, CHICAGO, IL 60606-3414, United States

**Payment method**

✅ Temu is committed to protecting your payment information. We follow PCI DSS standards, use strong encryption, and perform regular reviews of its system to protect your privacy.

**VISA** Visa ...0558                                             $36.98

Billing address: Nick Barrett +1 (312)358-0016, 200 W Madison St, suite 2100 D59, CHICAGO, IL 60606-3414, United States

**Item details (2)**

| | | |
|---|---|---|
| Women'S Plus Size Casual Crew Neck Sweatshirt... White / Label size: 0XL | | $16.77 ×2 |

By 🔴 GOOD LUCKI

DEF NO.: 96, STORENAME: Good Sign Decoration                                     184
STOREURL: temu.com/mall.html?mall_id=634418217392764

| 7,827,762 | LADY WHISTLEDOWN |
|---|---|



DEF NO.: 96, STORENAME: Good Sign Decoration
STOREURL: temu.com/mall.html?mall_id=634418217392764



