**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| NETFLIX, INC., NETFLIX STUDIOS, LLC, NETFLIX US, LLC, AND NETFLIX WORLDWIDE ENTERTAINMENT, LLC, <br><br> Plaintiffs, <br><br> v. <br><br> A METAPHOR FOR A SMALL, et al., <br><br> Defendants. | Case No. 26-cv-03711 <br><br> **Judge Manish S. Shah** <br><br> **Magistrate Judge Young B. Kim** |

**<u>DECLARATION OF KAHLIA R. HALPERN</u>**

I, Kahlia R. Halpern, of the City of Chicago, in the State of Illinois, declare as follows:

1. I am an attorney at law, duly admitted to practice before the United States District Court for the Northern District of Illinois. I am one of the attorneys for Plaintiffs Netflix, Inc., Netflix Studios, LLC, Netflix US, LLC, and Netflix Worldwide Entertainment, LLC (collectively, "Netflix" or "Plaintiff"). Except as otherwise expressly stated to the contrary, I have personal knowledge of the following facts and, if called as a witness, I could and would competently testify as follows:

2. I have reviewed the Hague Convention on the Service Abroad of Judicial and Extra-Judicial Documents in Civil and Commercial Matters ("Hague Convention") to which China is a

signatory.[1] According to Article 1 of the Hague Convention, the "convention shall not apply where the address of the person to be served with the document is not known."[2]

3. I, or someone under my direction, investigated each of the addresses provided by third-party online marketplace platforms for the Defaulting Defendants and determined that the addresses either could not be located, or there was no identifiable business associated with the Defaulting Defendants located at that address. Specifically, a search for each of the addresses provided for the Defaulting Defendants was run through Google, Google Maps, and Baidu Maps. Physical addresses were not provided for Defaulting Defendant Nos. 1, 6, 11, 18, 20, 29, 33, 42, 49, 53, 57, 59, 60, 62, 72, 74, 75, 80, 81, 84, 95, and 96, so I was unable to investigate the physical addresses for Defaulting Defendant Nos. 1, 6, 11, 18, 20, 29, 33, 42, 49, 53, 57, 59, 60, 62, 72, 74, 75, 80, 81, 84, 95, and 96[3].

---

[1] Convention on the Service Abroad of Judicial and Extrajudicial Documents in Civil or Commercial Matters, Nov. 15, 1965, 20 U.S.T. 361, 658 U.N.T.S. 163, 1969 U.S.T. LEXIS 152, https://assets.hcch.net/docs/f4520725-8cbd-4c71-b402-5aae1994d14c.pdf. A list of signatories and contracting parties is available at Hague Conference on Private International Law, Status Table (last visited Nov. 21, 2024), https://www.hcch.net/en/instruments/conventions/status-table.

[2] Convention on the Service Abroad of Judicial and Extrajudicial Documents in Civil or Commercial Matters, 1969 U.S.T. LEXIS 152, at *16.

[3] See [18] Exhibit 2-1 at pp. 5, 22, 37, 60, 67, 96, 110, 139, 160, 173, 185, 191, 194, 201 and Exhibit 2-2 at pp. 30, 37, 40, 56, 59, 69, 103, and 106.

4. **Defendant A Uranus (Def. No. 2):** The provided address for Def. No. 2 is No. 46, Gaosha Village, Gaosha Village Committee. Hetian Town (Luhe County, 516700 Guangdong Province, Shanwei City, China. The searches either did not locate this address or did not include any results for this specific address showing that it is affiliated with Defendant.

   a. **Google Search Results**



b. **Google Maps Search Results**



c. **Baidu Maps Search Results**



5. **Defendant Along Bag Cup (Def. No. 8):** The provided address for Def. No. 8 is Room 103, Xianglian Testing Center, Yisuhe Town, Xiangtan County, Xiangtan City, Hunan Province (Tianyi Demonstration Zone) -8978 Xiangtan County, 411228 Hunan Province, Xiangtan City, China. The searches either did not locate this address or did not include any results for this specific address showing that it is affiliated with Defendant.

    a. **Google Search Results**



b. **Google Maps Search Results**



c. **Baidu Maps Search Results**



6. **Defendant Baofuqy (Def. No. 14):** The provided address for Def. No. 14 is No. 199 Sha, Zixin Office Building, Building 7, Room 710 Wangcheng District, 410200 Hunan Province, Changsha City, China. The searches either did not locate this address or did not include any results for this specific address showing that it is affiliated with Defendant.

   a. **Google Search Results**



   b. **Google Maps Search Results**



7

    c. **Baidu Maps Search Results**



7. **Defendant Beautiful Pisces (Def. No. 15):** The provided address for Def. No. 15 is Room 2404, Building 60, Area A, Yunlu Villa, No. 255 Tanghu Street, Baitang Town Hanjiang District 351111 Fujian Province, Putian City China. The searches either did not locate this address or did not include any results for this specific address showing that it is affiliated with Defendant.

    a. **Google Search Results**



b. **Google Maps Search Results**



c. **Baidu Maps Search Results**



9

8. **Defendant Blanket Art Shop (Def. No. 19):** The provided address for Def. No. 19 is No. 2, 28th Floor, Unit 1, Oriental Pearl, No. 65 Minzu Road, Duyun City, Qiannan Prefecture, Guizhou Province Duyun City 558000 Guizhou Province, Qiannan Buyi and Miao Autonomous Prefecture China and 涵江区国防镇工业街, 莆田, 福建, 351111, C2. The searches either did not locate this address or did not include any results for this specific address showing that it is affiliated with Defendant.

   a. **Google Search Results**

No. 2, 28th Floor, Unit 1, Oriental Pearl, No. 65 Minzu Road, Duyun City, Qiannan Prefecture, Guizhou Province Duyun City 558000 Guizhou Province, Qiannan Buyi and Miao Autonomous Prefecture China



涵江区国防镇工业街, 莆田, 福建, 351111, C2



b. **Google Maps Search Results**

No. 2, 28th Floor, Unit 1, Oriental Pearl, No. 65 Minzu Road, Duyun City, Qiannan Prefecture, Guizhou Province Duyun City 558000 Guizhou Province, Qiannan Buyi and Miao Autonomous Prefecture China



涵江区国防镇工业街, 莆田, 福建, 351111, C2



c. **Baidu Maps Search Results**

No. 2, 28th Floor, Unit 1, Oriental Pearl, No. 65 Minzu Road, Duyun City, Qiannan Prefecture, Guizhou Province Duyun City 558000 Guizhou Province, Qiannan Buyi and Miao Autonomous Prefecture China



涵江区国防镇工业街, 莆田, 福建, 351111, C2



9. **Defendant BreezeHaven (Def. No. 23):** The provided address for Def. No. 23 is Weihai Economic and Technological Development Zone, No. 417. Xitou Village, Zhenhai other districts, 264213 Shandong Province, Weihai, China. The searches either did not locate this address or did not include any results for this specific address showing that it is affiliated with Defendant.

a. **Google Search Results**



b. **Google Maps Search Results**



14

c. **Baidu Maps Search Results**



10. **Defendant (Def. No. 27):** The provided **C coffee cup** address for Def. No. 27 is No. 37 Shangdongmen, Pinghai Village, Pinghai Town Xiuyu District 351152 Fujian Province, Putian City China.  The searches either did not locate this address or did not include any results for this specific address showing that it is affiliated with Defendant.

a. **Google Search Results**



15

b. **Google Maps Search Results**



c. **Baidu Maps Search Results**



16

11. **Defendant Caffora (Def. No. 28):** The provided address for Def. No. 28 is Room 210-30, Building 11, No. 350. Tangbei Street Hanxi Street, Hanjiang District, Putian City, Fujian Province Hanjiang District, 351111 Fujian Province, Putian City, China. The searches either did not locate this address or did not include any results for this specific address showing that it is affiliated with Defendant.

    a. **Google Search Results**



    b. **Google Maps Search Results**



c. **Baidu Maps Search Results**



12. **Defendant CBnkE (Def. No. 30):** The provided address for Def. No. 30 is Room 1322, 13th Floor, Building 42, Zhonghai Huanyu Tianxia, No. 1-1 Gaoxin Avenue, Shangjie Town, Minhou County, Fuzhou City, Fujian Province Minhou County, 350100 Fujian Province, Fuzhou City, China. The searches either did not locate this address or did not include any results for this specific address showing that it is affiliated with Defendant.

　　a. **Google Search Results**



　　b. **Google Maps Search Results**



c. **Baidu Maps Search Results**



13. **Defendant CC Jit (Def. No. 32):** The provided address for Def. No. 32 is No. 2 Jiangtang road, Wangzhuang Street, Jin'an District, Fuzhou City, Fujian Province (intersection of the south side of Fuma Road and the est side of Jin'an South Road) Fushen Qianlong Building 9#9th Floor Office 02 Jin'an District, 350011 Fujian Province, Fuzhou City, China. The searches either did not locate this address or did not include any results for this specific address showing that it is affiliated with Defendant.

   a. **Google Search Results**



b. **Google Maps Search Results**



c. **Baidu Maps Search Results**



14. **Defendant Chaotic Annual Rings (Def. No. 34):** The provided address for Def. No. 34 is Room 1602, 1st Floor, Building 1, ju'an Xingfucheng, No. 618, Tongxin West Road, Xitianwei Town Licheng District 351100 Fujian Province, Putian City China. The searches either did not locate this address or did not include any results for this specific address showing that it is affiliated with Defendant.

    a.   **Google Search Results**



    b.   **Google Maps Search Results**



c. **Baidu Maps Search Results**



15. **Defendant Chequan Mug (Def. No. 35):** The provided address for Def. No. 35 is No. 497, Hushan West Road, Fenghuangshan Street, Chengxiang District. Putian City, Fujian Province Chengxiang District, 351100 Fujian Province, Putian City, China. The searches either did not locate this address or did not include any results for this specific address showing that it is affiliated with Defendant.

    a.  **Google Search Results**



    b.  **Google Maps Search Results**



c. **Baidu Maps Search Results**



16. **Defendant ChicMug (Def. No. 36):** The provided address for Def. No. 36 is Room 277-11, 2nd Floor, Building 1, High-Tech Enterprise Incubation Park, Shima Mountain Street, Lianyuan City, Loudi City, Hunan Province Lianyuan City 417100 Loudi City China.  The searches either did not locate this address or did not include any results for this specific address showing that it is affiliated with Defendant.

a. **Google Search Results**



26

b. **Google Maps Search Results**



c. **Baidu Maps Search Results**



17. **Defendant Citrusly SS (Def. No. 41):** The provided address for Def. No. 41 is No. 1-5, 1-6 (with DM112213), Garden Avenue, Lucheng subdistrict, Yidu City, Yichang, Hubei Province Yidu City 443300 Hubei Province Yichang City China. The searches either did not locate this address or did not include any results for this specific address showing that it is affiliated with Defendant.

    a. **Google Search Results**



    b. **Google Maps Search Results**



28

c. **Baidu Maps Search Results**



18. **Defendant CMCN coffee cup (Def. No. 43):** The provided address for Def. No. 43 is Room 1103, Building 1, Lingshangju, No. 530, Lihua East Avenue, Xialin Subdistrict (cluster registration) Chengxiang District, 351100 Fujian Province, Putian City, China.  The searches either did not locate this address or did not include any results for this specific address showing that it is affiliated with Defendant.

a. **Google Search Results**



29

b. **Google Maps Search Results**



c. **Baidu Maps Search Results**



19. **Defendant cool play shop four (Def. No. 45):** The provided address for Def. No. 45 is Rangchuan National Village, Xikeng She Ethnic Town, Wencheng County, Wenzhou City, Zhejiang Province first floor of Ye Yunans house Wencheng County, 325300 Zhejiang Province, Wenzhou city, China. The searches either did not locate this address or did not include any results for this specific address showing that it is affiliated with Defendant.

   a. **Google Search Results**



   b. **Google Maps Search Results**



31

c. **Baidu Maps Search Results**



20. **Defendant CozyAuraGoods (Def. No. 47):** The provided address for Def. No. 47 is RM A1, 11/F, Winner Building, 36 Man Yue Street, Hung Hom Hong Kong Kowloon District 999077 Hong Kong Special Administrative Region, Kowloon China and 11870 Grand Park Ave, N Bethesda, MD, 20852, US and 新安街道, 深圳 宝安, 广东, 518000, C. The searches either did not locate this address or did not include any results for this specific address showing that it is affiliated with Defendant.

   a. **Google Search Results**

RM A1, 11/F, Winner Building, 36 Man Yue Street, Hung Hom Hong Kong Kowloon District

999077 Hong Kong Special Administrative Region, Kowloon China



11870 Grand Park Ave, N Bethesda, MD, 20852, US



新安街道, 深圳 宝安, 广东, 518000, C



b. **Google Maps Search Results**

RM A1, 11/F, Winner Building, 36 Man Yue Street, Hung Hom Hong Kong Kowloon District

999077 Hong Kong Special Administrative Region, Kowloon China



11870 Grand Park Ave, N Bethesda, MD, 20852, US



新安街道, 深圳 宝安, 广东, 518000, C



c. **Baidu Maps Search Results**

RM A1, 11/F, Winner Building, 36 Man Yue Street, Hung Hom Hong Kong Kowloon District

999077 Hong Kong Special Administrative Region, Kowloon China



36

11870 Grand Park Ave, N Bethesda, MD, 20852, US



新安街道, 深圳 宝安, 广东, 518000, C



21. **Defendant CozyCup (Def. No. 48):** The provided address for Def. No. 48 is Room 306, 3rd Floor, Building 4, No. 2628, Yuhangtang Road, Cangqian Street, Yuhang District, Hangzhou City Yuhang District 311100 Zhejiang Province, Hangzhou City China. The searches either did not locate this address or did not include any results for this specific address showing that it is affiliated with Defendant.

    a. **Google Search Results**



b. **Google Maps Search Results**



c. **Baidu Maps Search Results**



22. **Defendant customwear Hubs (Def. No. 51):** The provided address for Def. No. 51 is Room D29, 301, No. 90, Jintao West Street, Nansha District, Guangzhou Nansha District 511458 Guangdong Province, Guangzhou City China. The searches either did not locate this address or did not include any results for this specific address showing that it is affiliated with Defendant.

    a. **Google Search Results**



    b. **Google Maps Search Results**



40

Case: 1:26-cv-03711 Document #: 54 Filed: 06/24/26 Page 41 of 66 PageID #:1866

c. **Baidu Maps Search Results**



23. **Defendant Dallas Tea (Def. No. 55):** The provided address for Def. No. 55 is Yongle Village, Fenglintou Town, Guangxin District, Shangrao City, Jiangxi Province Guangxin District 334000 Jiangxi Province, Shangrao City China.  The searches either did not locate this address or did not include any results for this specific address showing that it is affiliated with Defendant.

a. **Google Search Results**



41

b. **Google Maps Search Results**



c. **Baidu Maps Search Results**



24. **Defendant DD Happy Shopping (Def. No. 56):** The provided address for Def. No. 56 is No. 22, Xiangrong Lishuwan, Xihong Road, Gongchen Subdistrict, 351100 Fujian Province, Putian City, China. The searches either did not locate this address or did not include any results for this specific address showing that it is affiliated with Defendant.

a. **Google Search Results**



b. **Google Maps Search Results**



43

c. **Baidu Maps Search Results**



25. **Defendant Diytree Ciel Gift (Def. No. 63):** The provided address for Def. No. 63 is Building 4, 1st Floor, Room 4-104, Zhejiang Normal University Network Economy Entrepreneurship Park, No. 3379 North Second Ring West Road, Xinshi Subdistrict, Wucheng District, Jinhua City, Zhejiang Province Wucheng District 321000 Zhejiang Province, Jinhua City China. The searches either did not locate this address or did not include any results for this specific address showing that it is affiliated with Defendant.

    a. **Google Search Results**



b. **Google Maps Search Results**



c. **Baidu Maps Search Results**



26. **Defendant DragonLuck Stickers (Def. No. 66):** The provided address for Def. No. 66 is No. 415, Guoliang North Road, Gaotangling Street, Building 0800606-1111-0860 Wangcheng District, 410200 Hunan Province, Changsha City, China. The searches either did not locate this address or did not include any results for this specific address showing that it is affiliated with Defendant.

    a.  **Google Search Results**



    b.  **Google Maps Search Results**



c. **Baidu Maps Search Results**



27. **Defendant EchoHouse (Def. No. 69):** The provided address for Def. No. 69 is Weihai Economic and Technological Development Zone, No. 417, Xitou Village, Zhenhai other districts 264213 Shandong Province, Weihai China. The searches either did not locate this address or did not include any results for this specific address showing that it is affiliated with Defendant.

a. **Google Search Results**



48

b. **Google Maps Search Results**



c. **Baidu Maps Search Results**



28. **Defendant EDHUBF (Def. No. 70):** The provided address for Def. No. 70 is Building 9, Room 503, Jinjiang Agricultural Products Wholesale Market, No. 111 Jinjiang Avenue, Jinjiang Town. Shanggao County, Yichun City, Jiangxi Province, 336400 , China. The searches either did not locate this address or did not include any results for this specific address showing that it is affiliated with Defendant.

   a. **Google Search Results**



   b. **Google Maps Search Results**



c. **Baidu Maps Search Results**



29. **Defendant Enhance Endurance (Def. No. 71):** The provided address for Def. No. 71 is Room 2404, Building 60, Area A, Yunlu Villa, No. 255 Tanghu Street, Baitang Town, Fujian Province, Putian City, China. The searches either did not locate this address or did not include any results for this specific address showing that it is affiliated with Defendant.

a. **Google Search Results**



51

b. **Google Maps Search Results**



c. **Baidu Maps Search Results**



30. **Defendant Experiences Already (Def. No. 76):** The provided address for Def. No. 76 is Room 1602, 1st Floor, Building 1, Ju'an Xingfucheng, No. 618, Tongxin West Road, Xitanweit Town Licheng District 351100 Fujian Province, Putian City China. The searches either did not locate this address or did not include any results for this specific address showing that it is affiliated with Defendant.

   a. **Google Search Results**



   b. **Google Maps Search Results**



c. **Baidu Maps Search Results**



31. **Defendant FINE womens Tee (Def. No. 82):** The provided address for Def. No. 82 is Room 1502 Building 44, Hengda Cultural Tourism City, Chengxi Town, Longhua District, Haikou City, Hainan Province Longhua District, 570145 Hainan, Haikou, China. The searches either did not locate this address or did not include any results for this specific address showing that it is affiliated with Defendant.

a. **Google Search Results**



54

b. **Google Maps Search Results**



c. **Baidu Maps Search Results**



55

32. **Defendant FLF LIANG ER TWO design (Def. No. 83):** The provided address for Def. No. 83 is Room 504, Building A8, Heyi E-commerce Industrial Park, Beiyuan Street, Yiwu City, Jinhua City Zhejiang Province Yiwu City 322000 Zhejiang Province Jinhua City China. The searches either did not locate this address or did not include any results for this specific address showing that it is affiliated with Defendant.

   a. **Google Search Results**



   b. **Google Maps Search Results**



56

c. **Baidu Maps Search Results**



33. **Defendant Funny label Decals (Def. No. 85):** The provided address for Def. No. 85 is BL382, Shaling Village, Shaling Subdistrict, Yuhong District, Shenyang City, Liaoning Province Yuhong District 110141 Liaoning Province, Shenyang City China. The searches either did not locate this address or did not include any results for this specific address showing that it is affiliated with Defendant.

a. **Google Search Results**



b. **Google Maps Search Results**



c. **Baidu Maps Search Results**



34. **Defendant fzxyashopB (Def. No. 86):** The provided address for Def. No. 86 is Room 301, 1st floor, Building 3, Shangtang Yixing Jewelry, No. 183, Shangtang Village, Dongjiao Town Xiuyu District, 351152 Fujian Province, Putian City the, China.  The searches either did not locate this address or did not include any results for this specific address showing that it is affiliated with Defendant.

   a. **Google Search Results**



   b. **Google Maps Search Results**



c. **Baidu Maps Search Results**



35. **Defendant fzymyshop (Def. No. 87):** The provided address for Def. No. 87 is No. 145, Shuanggaoshan, Shuanggaoshan Village, Yuetang Town Xiuyu District, 351152 Fujian Province, Putian City, China. The searches either did not locate this address or did not include any results for this specific address showing that it is affiliated with Defendant.

a. **Google Search Results**



60

b. **Google Maps Search Results**



c. **Baidu Maps Search Results**



36. **Defendant Girl original design (Def. No. 89):** The provided address for Def. No. 89 is Room 406, Dormitory Building 3, Rixin building, No. 268, nanhuan Road, Licheng District, Quanzhou City, Fujian Province, Licheng District 362000 Fujian Province, Quanzhou City China. The searches either did not locate this address or did not include any results for this specific address showing that it is affiliated with Defendant.

   a. **Google Search Results**



   b. **Google Maps Search Results**



62

c. **Baidu Maps Search Results**



37. **Defendant Glossia (Def. No. 93):** The provided address for Def. No. 93 is D3, 11/F, Luk Jop Industrial Building, 8 Luk Hop Street, San Po Kong, Kowloon Wong Tai Sin District 999077 Hong Kong Special Administrative Region, Kowloon China. The searches either did not locate this address or did not include any results for this specific address showing that it is affiliated with Defendant.

a. **Google Search Results**



b. **Google Maps Search Results**



c. **Baidu Maps Search Results**



38. **Defendant Gloves BKBK (Def. No. 94):** The provided address for Def. No. 94 is Room 401, 2nd Floor, No. 90, Lukeng, Shuinan Community, Hunagshi Town, Licheng District, Putian City, Fujian Province Licheng District 351100 Fujian Province, Putian City China. The searches either did not locate this address or did not include any results for this specific address showing that it is affiliated with Defendant.

   a. **Google Search Results**



   b. **Google Maps Search Results**



c. **Baidu Maps Search Results**



I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on the 24th day of June 2026 at Chicago, Illinois.

/s/ Kahlia R. Halpern
Kahlia R. Halpern
*Counsel for Plaintiffs Netflix, Inc., Netflix Studios, LLC, Netflix US, LLC, and Netflix Worldwide Entertainment, LLC*

66