# Exhibit A

| No. | Name/Seller Alias | E-mail Address |
|---|---|---|
| 1 | A metaphor for a small | 477616160@qq.com |
| 2 | A Uranus | 13071529980@163.com |
| 6 | Akalphant | 841055154@qq.com |
| 8 | Along Bag Cup | give_st002@163.com |
| 11 | Aria Thread Loft | 215552542@qq.com |
| 14 | Baofuqy | xili536344655@gmail.com |
| 15 | Beautiful Pisces | mjhue54848@163.com |
| 18 | Blank Show | 364113564@qq.com |
| 19 | Blanket Art Shop | 29511596@qq.com |
| 20 | Bohemian Threads | 18779617276@163.com |
| 23 | BreezeHaven | djhstudy1999@163.com |
| 27 | C coffee cup | linqianggeti2@163.com |
| 28 | Caffora | p7p7chitaozi@163.com |
| 29 | Canntrary | 18520439406@163.com |
| 30 | CBnkE | 14759105966@163.com |
| 32 | CC Jit | 18555551593@163.com |
| 33 | CHAOC | 24664042@qq.com |
| 34 | Chaotic Annual Rings | jncuhd5484@163.com |
| 35 | Chequan Mug | 125667877@qq.com |
| 36 | ChicMug | 442700493@qq.com |
| 41 | Citrusly SS | yqsrzwpej37741@outlook.com |
| 42 | Cloud Womens Clothing N | 13928353932@163.com |
| 43 | CMCN coffee cup | 15506996921@163.com |
| 45 | cool play shop four | 365236097@qq.com |
| 47 | CozyAuraGoods | sailor6662022@163.com |
| 48 | CozyCup | 308680603@qq.com |
| 49 | CozyWeather | wsr2010wsr@163.com |
| 51 | customwear Hubs | djwang2022@126.com |
| 53 | Dainty Stitch | 1349437807@qq.com |
| 55 | Dallas Tea | 18595937860@163.com |
| 56 | DD Happy Shopping | wangchunying2024@163.com |
| 59 | DIDIYU | w15959018507@163.com |
| 60 | Dingcai ZY | 13627001896@163.com |
| 62 | Diva T | 18652265856@163.com |
| 63 | Diytree Ciel Gift | 3389674159@qq.com |
| 66 | DragonLuck Stickers | xiaodi325@icloud.com |
| 69 | EchoHouse | djhstudy1999@163.com |
| 70 | EDHUBF | 3432276534@qq.com |
| 71 | Enhance Endurance | mjhue54848@163.com |
| 72 | Essential Curve | 2864558612@qq.com |

| 74 | EverDayGoods | 328055391@qq.com |
|---|---|---|
| 75 | exctg | kakupan11@gmail.com |
| 76 | Experiences Already | cuhud58984@163.com |
| 80 | Fengbaofour | tzw23651@163.com |
| 81 | FENGJUANYU | 319199884@qq.com |
| 82 | FINE womens Tee | 734876866@qq.com |
| 83 | FLF LIANG ER TWO design | Lr_Pillow@163.com |
| 84 | Fuego Threads | 781328625@qq.com |
| 85 | Funny label Decals | xxxccc123888@yeah.net |
| 86 | fzxyashopB | fzxyashop@163.com |
| 87 | fzymyshop | fzymyshop@163.com |
| 89 | Girl original design | 1396868789@qq.com |
| 93 | Glossia | xuhao@sailenet.com |
| 94 | Gloves BKBK | a18606531470@163.com |
| 95 | GOOD LUCKl | 1598725704@qq.com |
| 96 | Good Sign Decoration | 644419811@qq.com |
|  |  | IPLegal_gz@intelightip.com |
|  |  | Lucy-Tro@outlook.com |
|  |  | shelly@cheng-ip.com |