**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| NETFLIX, INC., NETFLIX STUDIOS, LLC, NETFLIX US, LLC, AND NETFLIX WORLDWIDE ENTERTAINMENT, LLC, | Case No. 26-cv-03711 |
| Plaintiffs, | **Judge Manish S. Shah** |
| v. | |
| A METAPHOR FOR A SMALL, et al., | |
| Defendants. | |

**FINAL JUDGMENT ORDER**

This action having been commenced by Plaintiffs Netflix, Inc., Netflix Studios, LLC, Netflix US, LLC, and Netflix Worldwide Entertainment, LLC (collectively, "Plaintiff" or "Netflix") against the fully interactive e-commerce stores[1] operating under the seller aliases identified in Schedule A attached hereto (collectively, the "Seller Aliases"), and Plaintiff having moved for entry of Default and Default Judgment against the defendants identified on Schedule A attached hereto (collectively, the "Defaulting Defendants") based on Plaintiff's action for trademark infringement, counterfeiting, and false designation of origin;

This Court having entered upon a showing by Plaintiff a temporary restraining order and preliminary injunction against Defaulting Defendants which included an asset restraining order;

Plaintiff having properly completed service of process on Defaulting Defendants, the combination of providing notice via electronic publication and e-mail, along with any notice that

---

[1] The e-commerce store URLs are listed on Schedule A hereto under the Online Marketplaces.

1

Defaulting Defendants received from payment processors, being notice reasonably calculated under all circumstances to apprise Defaulting Defendants of the pendency of the action and affording them the opportunity to answer and present their objections; and

Defaulting Defendants having failed to answer the Complaint or otherwise plead, and the time for answering the Complaint having expired;

THIS COURT HEREBY FINDS that, by virtue of default, Defaulting Defendants have sold products using infringing and counterfeit versions of Plaintiff's federally registered trademarks (the "Netflix Trademarks"). A list of Netflix Trademarks is included in the chart below.

| Registration Number | Trademark |
| --- | --- |
| 3,171,517<br>3,299,362<br>4,953,701<br>5,961,936<br>5,978,610<br>6,024,526<br>6,119,304<br>6,119,305<br>6,119,528<br>6,119,529<br>6,119,530<br>6,169,891<br>6,262,210 | NETFLIX |
| 4,788,783 | NETFLIX |
| 5,272,903<br>7,715,384 | N |

| Registration Number | Trademark |
| --- | --- |

2

| 7,706,599 | BRIDGERTON |
| 7,827,762 | LADY WHISTLEDOWN |

This Court further finds that Defaulting Defendants are liable for willful federal trademark infringement and counterfeiting (15 U.S.C. § 1114) and false designation of origin (15 U.S.C. § 1125(a)).

IT IS HEREBY ORDERED that Plaintiff's Motion for Entry of Default and Default Judgment is GRANTED, that Defaulting Defendants are deemed in default and that this Final Judgment is entered against Defaulting Defendants.

IT IS FURTHER ORDERED that:

1.  Defaulting Defendants, their affiliates, officers, agents, servants, employees, attorneys, confederates, and all persons acting for, with, by, through, under or in active concert or participation with them be permanently enjoined and restrained from:

    a.  using the Netflix Trademarks or any reproductions, counterfeit copies or colorable imitations thereof in any manner in connection with the distribution, marketing, advertising, offering for sale, or sale of any product that is not a genuine Netflix Product or is not authorized by Plaintiff to be sold in connection with the Netflix Trademarks;

    b.  passing off, inducing, or enabling others to sell or pass off any product as a genuine Netflix Product or any other product produced by Plaintiff that is not Plaintiff's or not produced under the authorization, control, or supervision of Plaintiff and approved by Plaintiff for sale under the Netflix Trademarks;

    c.  committing any acts calculated to cause consumers to believe that Defaulting Defendants' Unauthorized Products are those sold under the authorization, control, or supervision of Plaintiff, or are sponsored by, approved by, or otherwise connected with Plaintiff;

3

d. manufacturing, shipping, delivering, holding for sale, transferring, or otherwise moving, storing, distributing, returning, or otherwise disposing of, in any manner, products or inventory not manufactured by or for Plaintiff, nor authorized by Plaintiff to be sold or offered for sale, and which bear any of Plaintiff's trademarks, including the Netflix Trademarks;

2. Upon Plaintiff's request, any third party with actual notice of this Order who is providing services for any of the Defaulting Defendants, or in connection with any of Defaulting Defendants' Online Marketplaces, , including, without limitation, any online marketplace platforms such as PayPal, Inc. ("PayPal") and WhaleCo Inc. ("Temu") (collectively, the "Third Party Providers") shall within seven (7) calendar days after receipt of such notice, disable and cease displaying any advertisements used by or associated with Defaulting Defendants in connection with the sale of counterfeit and infringing goods using the Netflix Trademarks.

3. Pursuant to 15 U.S.C. § 1117(a), Plaintiff is awarded profits from Defaulting Defendants according to the table below for willful use of the Netflix Trademarks in connection with the sale of products sold through at least the Defaulting Defendants Online Marketplaces.

| No. | Store Name | Profits Award |
|---|---|---|
| 32 | CC Jit | $21.08 |
| 75 | exctg | $24.15 |
| 76 | Experiences Already | $17.50 |
| 96 | Good Sign Decoration | $22.88 |

4. Pursuant to 15 U.S.C. § 1117(c)(2), Plaintiff is awarded statutory damages from each of the Defaulting Defendants, Plaintiff is awarded statutory damages from each of the Defaulting Defendants, except for those Defaulting Defendants identified in Paragraph 3, in the amount of fifty thousand dollars ($50,000) for willful use of counterfeit Netflix

Trademarks in connection with the sale of products through at least the Defaulting Defendants' Online Marketplaces.

5. Plaintiff may serve this Order on Third Party Providers, including PayPal and Temu, by e-mail delivery to the e-mail addresses Plaintiff used to serve the Temporary Restraining Order on the Third Party Providers.

6. Any Third Party Providers holding funds for Defaulting Defendants, including PayPal and Temu, shall within seven (7) calendar days of receipt of this Order, permanently restrain and enjoin any financial accounts connected to Defaulting Defendants' Seller Aliases or the Online Marketplaces from transferring or disposing of any funds (up to the statutory damages awarded in Paragraph 4 above) or other of Defaulting Defendants' assets.

7. All monies, up to the profits awarded in Paragraph 3, or up to the statutory damages awarded in Paragraph 4, currently restrained in Defaulting Defendants' financial accounts, including monies held by Third Party Providers are hereby released to Plaintiff as partial payment of the above-identified damages, and Third Party Providers are ordered to release to Plaintiff the amounts from Defaulting Defendants' financial accounts within seven (7) calendar days of receipt of this Order.

8. Until Plaintiff has recovered full payment of monies owed to them by any Defaulting Defendant, Plaintiff shall have the ongoing authority to serve this Order on Third Party Providers in the event that any new financial accounts controlled or operated by Defaulting Defendants are identified. Upon receipt of this Order, Third Party Providers shall within seven (7) calendar days:

a. locate all accounts and funds connected to Defaulting Defendants' Seller Aliases and Online Marketplaces, including, but not limited to, any financial accounts connected to

the information listed in Schedule A hereto, the e-mail addresses identified in Exhibits to the Declaration of Jen Dirks, and any e-mail addresses provided for Defaulting Defendants by third parties;

b.  restrain and enjoin such accounts or funds from transferring or disposing of any money or other of Defaulting Defendants' assets; and

c.  release all monies, up to the above identified awards, restrained in Defaulting Defendants' financial accounts to Plaintiff as partial payment of the above-identified damages within seven (7) calendar days of receipt of this Order.

9.  In the event that Plaintiff identifies any additional online marketplace accounts or financial accounts owned by Defaulting Defendants, Plaintiff may send notice of any supplemental proceeding to Defaulting Defendants by e-mail at the e-mail addresses identified in Exhibits to the Declaration of Jen Dirks and any e-mail addresses provided for Defaulting Defendants by third parties.

10. The one hundred thousand dollars ($100,000) surety bond posted by Plaintiff is hereby released to Plaintiff or its counsel, Greer, Burns & Crain, Ltd.  The Clerk of the Court is directed to return the surety bond previously deposited with the Clerk of the Court to Plaintiff or its counsel.

This is a Final Judgment.


DATED:  June 30, 2026

_____
Manish S. Shah
United States District Judge


6

**Netflix, Inc., Netflix Studios, LLC, Netflix US, LLC, and Netflix Worldwide Entertainment, LLC v. A metaphor for a small, et al. - Case No. 26-cv-03711**

## Schedule A

### Defendant Online Marketplaces

| No | URL | Name / Seller Alias | Award Type |
|----|-----|---------------------|------------|
| 1 | temu.com/mall.html?mall_id=5135682457669 | A metaphor for a small | Statutory Damages |
| 2 | temu.com/mall.html?mall_id=634418217377865 | A Uranus | Statutory Damages |
| 3 | DISMISSED | DISMISSED | DISMISSED |
| 4 | DISMISSED | DISMISSED | DISMISSED |
| 5 | DISMISSED | DISMISSED | DISMISSED |
| 6 | temu.com/mall.html?mall_id=634418221617296 | Akalphant | Statutory Damages |
| 7 | DISMISSED | DISMISSED | DISMISSED |
| 8 | temu.com/mall.html?mall_id=634418226693986 | Along Bag Cup | Statutory Damages |
| 9 | DISMISSED | DISMISSED | DISMISSED |
| 10 | DISMISSED | DISMISSED | DISMISSED |
| 11 | temu.com/mall.html?mall_id=634418228412699 | Aria Thread Loft | Statutory Damages |
| 12 | DISMISSED | DISMISSED | DISMISSED |
| 13 | DISMISSED | DISMISSED | DISMISSED |
| 14 | temu.com/mall.html?mall_id=634418228215705 | Baofuqy | Statutory Damages |
| 15 | temu.com/mall.html?mall_id=63441822394742 | Beautiful Pisces | Statutory Damages |
| 16 | DISMISSED | DISMISSED | DISMISSED |

7

| | | | |
|---|---|---|---|
| 17 | DISMISSED | DISMISSED | DISMISSED |
| 18 | temu.com/mall.html?mall_id=634418226914765 | Blank Show | Statutory Damages |
| 19 | temu.com/mall.html?mall_id=634418211455980 | Blanket Art Shop | Statutory Damages |
| 20 | temu.com/mall.html?mall_id=634418220632094 | Bohemian Threads | Statutory Damages |
| 21 | DISMISSED | DISMISSED | DISMISSED |
| 22 | DISMISSED | DISMISSED | DISMISSED |
| 23 | temu.com/mall.html?mall_id=634418220216144 | BreezeHaven | Statutory Damages |
| 24 | DISMISSED | DISMISSED | DISMISSED |
| 25 | DISMISSED | DISMISSED | DISMISSED |
| 26 | DISMISSED | DISMISSED | DISMISSED |
| 27 | temu.com/mall.html?mall_id=634418227296917 | C coffee cup | Statutory Damages |
| 28 | temu.com/mall.html?mall_id=634418222155143 | Caffora | Statutory Damages |
| 29 | temu.com/mall.html?mall_id=634418227766799 | Canntrary | Statutory Damages |
| 30 | temu.com/mall.html?mall_id=634418226297140 | CBnkE | Statutory Damages |
| 31 | DISMISSED | DISMISSED | DISMISSED |
| 32 | temu.com/mall.html?mall_id=634418227079130 | CC Jit | Profits |
| 33 | temu.com/mall.html?mall_id=634418214002726 | CHAOC | Statutory Damages |
| 34 | temu.com/mall.html?mall_id=634418222399132 | Chaotic Annual Rings | Statutory Damages |
| 35 | temu.com/mall.html?mall_id=634418225933862 | Chequan Mug | Statutory Damages |
| 36 | temu.com/mall.html?mall_id=634418228245562 | ChicMug | Statutory Damages |
| 37 | DISMISSED | DISMISSED | DISMISSED |

| 38 | DISMISSED | DISMISSED | DISMISSED |
|---|---|---|---|
| 39 | DISMISSED | DISMISSED | DISMISSED |
| 40 | DISMISSED | DISMISSED | DISMISSED |
| 41 | temu.com/mall.html?mall_id=634418228194035 | Citrusly SS | Statutory Damages |
| 42 | temu.com/mall.html?mall_id=634418220204623 | Cloud Womens Clothing N | Statutory Damages |
| 43 | temu.com/mall.html?mall_id=634418228172687 | CMCN coffee cup | Statutory Damages |
| 44 | DISMISSED | DISMISSED | DISMISSED |
| 45 | temu.com/mall.html?mall_id=634418220162569 | cool play shop four | Statutory Damages |
| 46 | DISMISSED | DISMISSED | DISMISSED |
| 47 | temu.com/mall.html?mall_id=634418221789536 | CozyAuraGoods | Statutory Damages |
| 48 | temu.com/mall.html?mall_id=634418217855959 | CozyCup | Statutory Damages |
| 49 | temu.com/mall.html?mall_id=634418226759613 | CozyWeather | Statutory Damages |
| 50 | DISMISSED | DISMISSED | DISMISSED |
| 51 | temu.com/mall.html?mall_id=634418225917789 | customwear Hubs | Statutory Damages |
| 52 | DISMISSED | DISMISSED | DISMISSED |
| 53 | temu.com/mall.html?mall_id=634418227803739 | Dainty Stitch | Statutory Damages |
| 54 | DISMISSED | DISMISSED | DISMISSED |
| 55 | temu.com/mall.html?mall_id=634418226518167 | Dallas Tea | Statutory Damages |
| 56 | temu.com/mall.html?mall_id=634418225325320 | DD Happy Shopping | Statutory Damages |
| 57 | temu.com/mall.html?mall_id=634418227537624 | DDH Man Garment | Statutory Damages |
| 58 | DISMISSED | DISMISSED | DISMISSED |

9

| 59 | temu.com/mall.html?mall_id=634418228436788 | DIDIYU | Statutory Damages |
|---|---|---|---|
| 60 | temu.com/mall.html?mall_id=634418227352990 | Dingcai ZY | Statutory Damages |
| 61 | DISMISSED | DISMISSED | DISMISSED |
| 62 | temu.com/mall.html?mall_id=634418228894553 | Diva T | Statutory Damages |
| 63 | temu.com/mall.html?mall_id=63441824336272 | Diytree Ciel Gift | Statutory Damages |
| 64 | DISMISSED | DISMISSED | DISMISSED |
| 65 | DISMISSED | DISMISSED | DISMISSED |
| 66 | temu.com/mall.html?mall_id=634418221573158 | DragonLuck Stickers | Statutory Damages |
| 67 | DISMISSED | DISMISSED | DISMISSED |
| 68 | DISMISSED | DISMISSED | DISMISSED |
| 69 | temu.com/mall.html?mall_id=634418220216048 | EchoHouse | Statutory Damages |
| 70 | temu.com/mall.html?mall_id=634418228436943 | EDHUBF | Statutory Damages |
| 71 | temu.com/mall.html?mall_id=634418222084629 | Enhance Endurance | Statutory Damages |
| 72 | temu.com/mall.html?mall_id=634418228394849 | Essential Curve | Statutory Damages |
| 73 | DISMISSED | DISMISSED | DISMISSED |
| 74 | temu.com/mall.html?mall_id=634418228626745 | EverDayGoods | Statutory Damages |
| 75 | temu.com/mall.html?mall_id=634418221687788 | exctg | Profits |
| 76 | temu.com/mall.html?mall_id=634418222399407 | Experiences Already | Profits |
| 77 | DISMISSED | DISMISSED | DISMISSED |
| 78 | DISMISSED | DISMISSED | DISMISSED |
| 79 | DISMISSED | DISMISSED | DISMISSED |

| 80 | temu.com/mall.html?mall_id=634418225836380 | Fengbaofour | Statutory Damages |
|---|---|---|---|
| 81 | temu.com/mall.html?mall_id=634418228698074 | FENGJUANYU | Statutory Damages |
| 82 | temu.com/mall.html?mall_id=634418223549358 | FINE womens Tee | Statutory Damages |
| 83 | temu.com/mall.html?mall_id=634418224535260 | FLF LIANG ER TWO design | Statutory Damages |
| 84 | temu.com/mall.html?mall_id=634418228546015 | Fuego Threads | Statutory Damages |
| 85 | temu.com/mall.html?mall_id=634418228037719 | Funny label Decals | Statutory Damages |
| 86 | temu.com/mall.html?mall_id=634418226039082 | fzxyashopB | Statutory Damages |
| 87 | temu.com/mall.html?mall_id=634418225547710 | fzymyshop | Statutory Damages |
| 88 | DISMISSED | DISMISSED | DISMISSED |
| 89 | temu.com/mall.html?mall_id=634418218201500 | Girl original design | Statutory Damages |
| 90 | DISMISSED | DISMISSED | DISMISSED |
| 91 | DISMISSED | DISMISSED | DISMISSED |
| 92 | DISMISSED | DISMISSED | DISMISSED |
| 93 | temu.com/mall.html?mall_id=634418226399345 | Glossia | Statutory Damages |
| 94 | temu.com/mall.html?mall_id=634418227923396 | Gloves BKBK | Statutory Damages |
| 95 | temu.com/mall.html?mall_id=634418215850380 | GOOD LUCKl | Statutory Damages |
| 96 | temu.com/mall.html?mall_id=634418217392764 | Good Sign Decoration | Profits |

11